

**RECEIVED**

APR 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [Carswell]  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name) G. Carswell   C. Date of Delivery 4/6-07<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Gene H. Carswell<br>119 Woodhaven Dr<br>Hendersonville, NC 28739 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0860 0000 7774 4020 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-02-M-1035 |

07-651