UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GENE H. CARSWELL** et al<br>individually and on behalf of<br>all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,**<br>**US AIRWAYS GROUP, INC.,** and **AMERICAN**<br>**FEDERATION OF LABOR AND**<br>**CONGRESS OF INDUSTRIAL ORGANIZATION.**<br><br>**Defendants.** | **Civil Action No.**<br>**1:07-cv-00651**<br><br>**Judge Reggie B. Walton** |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Rosemary Dettling, Esq., as counsel of record for the plaintiff in the above-captioned case.

Date: May 11, 2007

Respectfully Submitted,

*Rosemary Dettling*
Rosemary Dettling, Esq. (DC Bar 441483)
3120 Brandywine Street, NW
Washington, DC 20008
(202) 362-1888 Telephone
(888) 241- 6719 Facsimile
Counsel for Plaintiff,
 Gene H. Carswell

CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of May 2007, the attached Notice of Appearance was sent to the below addresses by the delivery method indicated:

Clerk's Office
United States District Court for the District of Columbia
By Electronic Document Filing System

Gene H. Carswell, Plaintiff
119 Woodhaven Dr.
Hendersonville NC 28739
By email

Jonathan Cohen, Chief Counsel
Air Line Pilots Association, International
1625 Massachusetts Ave., NW
Washington, DC 20036
By certified mail

Janet Dhillon, General Counsel
US Airways Group, Inc.
111 W. Salado Pkwy.
Tempe, AZ, 85281
By certified mail

Jon Hiatt, General Counsel
American Federation of Labor and
Congress of Industrial Organization
815 16th St. NW
Washington, DC 20006
By certified mail