## Return Receipt 1 (top left)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JANATHAN COHEN
ALPA
1625 MASSACHUSETTS AVE, NW
WASH DC 20036

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: [signature] ☐ Agent ☐ Addressee
- B. Received by (Printed Name) / C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes ☐ No
  If YES, enter delivery address below:

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7006 0810 0003 9791 7563

PS Form 3811, February 2004   Domestic Return Receipt

## Return Receipt 2 (top right)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JANET DILLON OR
GEN. COUNSEL
US AIRWAYS GROUP
111 W. SALADO PKWY
TEMPE, AZ 85281

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: [signature] ☐ Agent ☐ Addressee
- B. Received by (Printed Name): JIRI ERICKSON
- C. Date of Delivery: MAY 15 2007
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7006 0810 0003 9791 7587

PS Form 3811, February 2004   Domestic Return Receipt

## Return Receipt 3 (bottom left)

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

JON HIATT OR
GEN COUNSEL
AFL-CIO
815 16th ST, NW
WASH DC 20006

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: [signature] ☐ Agent ☐ Addressee

3. Service Type: ☑ Certified Mail
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7006 0810 0003 9791 7600

PS Form 3811, February 2004   Domestic Return Receipt

## Return Receipt 4 (bottom right)

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

CT CORP SYSTEM
US AIRWAYS GROUP
2394 E. CAMELBACK
PHOENIX AZ 85016

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: [signature] ☐ Agent ☐ Addressee

3. Service Type: ☑ Certified Mail
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7006 0810 0003 9791 7570

PS Form 3811, February 2004   Domestic Return Receipt

Four USPS Domestic Return Receipt (PS Form 3811) cards:

**Card 1 (top left):**
- A. Signature: [signed]
- B. Received by (Printed Name): JIRI ERICKSON
- C. Date of Delivery: MAY 15 2007
- 3. Service Type: Certified Mail
- 1. Article Addressed to:
  JANET DILLON OR
  GEN. COUNSEL
  US AIRWAYS GROUP
  111 W. SALADO PKWY
  TEMPE, AZ 85281
- 2. Article Number: 7006 0810 0003 9791 7587

**Card 2 (top right):**
- A. Signature: [signed]
- B. Received by (Printed Name): [illegible] Wolfe
- C. Date of Delivery: 5/17
- 3. Service Type: Certified Mail
- 1. Article Addressed to:
  CT CORP SYSTEM
  US AIRWAYS GROUP
  2394 E. CAMELBACK
  PHOENIX, AZ 85016
- 2. Article Number: 7006 0810 0003 9791 7570

**Card 3 (bottom left):**
- A. Signature: [signed]
- 3. Service Type: Certified Mail
- 1. Article Addressed to:
  JONATHAN COHEN
  ALPA
  1625 MASSACHUSETTS AVE, NW
  WASH DC 20036
- 2. Article Number: 7006 0810 0003 9791 7563

**Card 4 (bottom right):**
- A. Signature: [signed]
- 3. Service Type: Certified Mail
- 1. Article Addressed to:
  JON HIATT OR
  GEN COUNSEL
  AFL-CIO
  815 16th ST, NW
  WASH DC 20006
- 2. Article Number: 7006 0810 0003 9791 7600