**Card 1 (top left - SENDER section):**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JANATHAN COHEN
ALPA
1625 MASSACHUSETTS AVE, NW
WASH DC 20036

2. Article Number
(Transfer from service label)
7006 0810 0003 9791 7563

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**Card 1 (top right - DELIVERY section):**

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent
                  ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

**Card 2 (middle left - SENDER section):**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JANET DILLON OR
GEN. COUNSEL
US AIRWAYS GROUP
111 W. SALADO PKWY
TEMPE, AZ 85281

2. Article Number
(Transfer from service label)
7006 0810 0003 9791 7587

PS Form 3811, February 2004     Domestic Return Receipt

**Card 2 (middle right - DELIVERY section):**

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent
                  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   JIRI ERICKSON                MAY 15 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

**Card 3 (bottom left - SENDER section):**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JON HIATT OR
GEN COUNSEL
AFL-CIO
815 16th ST, NW
WASH DC 20006

2. Article Number
(Transfer from service label)
7006 0810 0003 9791 7600

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**Card 4 (bottom right - SENDER section):**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT CORP SYSTEM
US AIRWAYS GROUP
2394 E. CAMELB
PHOENIX AZ 8501

2. Article Number
(Transfer from service label)
7006 0810 0003 9791 7570

PS Form 3811, February 2004     Domestic Return Receipt

**Card 4 (DELIVERY section - upper):**

THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent
                  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

102595-02-M-1540