**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GENE H. CARSWELL, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, US AIRWAYS GROUP, INC.; and<br><br>AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS<br>815 Sixteenth Street NW<br>Washington, DC 20006<br><br>　　Defendants. | Case No. 1:07-CV-00651 (RBW) |

## **NOTICE OF APPEARANCE**

　　The Clerk of Court will please enter the appearance of Leon Dayan, Esq. and Joshua B. Shiffrin, Esq. as counsel of record for defendant American Federation of Labor and Congress of Industrial Organizations in the above-captioned case.

　　Mr. Shiffrin is active member in good standing of the District of Columbia Bar, and has applied for admission to the bar of this Court.

Date: June 12, 2007　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　___s/ Leon Dayan_____
　　　　　　　　　　　　　　　　　　　　　　　　Leon Dayan (D.C. Bar No. 444144)
　　　　　　　　　　　　　　　　　　　　　　　　Joshua B. Shiffrin (D.C. Bar No. 501008)
　　　　　　　　　　　　　　　　　　　　　　　　BREDHOFF & KAISER P.L.L.C.
　　　　　　　　　　　　　　　　　　　　　　　　805 Fifteenth Street NW
　　　　　　　　　　　　　　　　　　　　　　　　Suite 1000
　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20008
　　　　　　　　　　　　　　　　　　　　　　　　(202)842-2600

　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant AFL-CIO