AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

GENE H. CARSWELL, individually
and on behalf of all others similarly
situated                                          )
              Plaintiff(s)          )          **APPEARANCE**
                           )
                           )
              vs.          )          CASE NUMBER    1:07-CV-00651 (RBW)
AIR LINE PILOTS ASSOCIATION, INT'L; US AIRWAYS     )
GROUP, INC.; AMERICAN FEDERATION OF LABOR AND      )
CONGRESS OF INDUSTRIAL ORGANIZATIONS,              )
             Defendant(s)          )

To the Clerk of this court and all parties of record:

Please enter the appearance of   CLAY WARNER                    as counsel in this
                               (Attorney's Name)

case for:   DEFENDANT AIR LINE PILOTS ASSOCIATION, INT'L
                        (Name of party or parties)


JUNE 12, 2007
Date

398346
BAR IDENTIFICATION

*Clay Warner*
Signature

CLAY WARNER
Print Name

1625 MASSACHUSETTS AVENUE, N.W.
Address

WASHINGTON, DC  20036
City        State        Zip Code

703-481-2421
Phone Number