A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

GENE H. CARSWELL, individually
and on behalf of all others similarly
situated                                             )
               Plaintiff(s)          )     **APPEARANCE**
                                  )
                                  )
               vs.                   )     CASE NUMBER   1:07-CV-00651 (RBW)
AIR LINE PILOTS ASSOCIATION, INT'L; US AIRWAYS      )
GROUP, INC.; AMERICAN FEDERATION OF LABOR AND       )
CONGRESS OF INDUSTRIAL ORGANIZATIONS,               )
             Defendant(s)         )

To the Clerk of this court and all parties of record:

Please enter the appearance of   DAVID M. SEMANCHIK   as counsel in this
                                    (Attorney's Name)

case for:  DEFENDANT AIR LINE PILOTS ASSOCIATION, INT'L
                      (Name of party or parties)


JUNE 12, 2007
Date

*[Signature]*
Signature

502837
BAR IDENTIFICATION

DAVID M. SEMANCHIK
Print Name

1625 MASSACHUSETTS AVENUE, N.W.
Address

WASHINGTON, DC  20036
City       State       Zip Code

703-481-2421
Phone Number