**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GENE H. CARSWELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, US AIRWAYS GROUP, INC.; and AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>    Defendants. | Case No. 1:07-CV-00651 (RBW) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME BY DEFENDANT AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS TO FILE ITS ANSWER OR OTHER RESPONSIVE PLEADING**

Defendant American Federal of Labor and Congress of Industrial Organizations ("AFL-CIO"), by and through its undersigned counsel, respectfully requests an extension of time up to and including Friday, July 13, 2007, within which to file its answer or other responsive pleadings to Plaintiff Gene H. Carswell's Complaint. The grounds for this Motion are as follows:

1. The AFL-CIO received Mr. Carswell's formerly <u>pro se</u> Summons and Complaint in the above-captioned matter by certified mail on May 14, 2007. The Summons requested that a response be filed within 30 days, <u>i.e.</u>, June 13, 2007. (Docket Entry No.5 is in error, as the time indicated for response in the Entry has been calculated on the basis of the default 20-day period set forth in Fed.R.Civ.P 12(a), and not on the basis of the time to respond stated in the Summons pursuant to Fed.R.Civ.P. 4(a).)

2. Mr. Carswell has since retained counsel. The AFL-CIO, through its undersigned counsel, has conferred with Mr. Carswell's counsel about scheduling matters and about a request by the AFL-CIO that it be voluntarily dismissed as a defendant.

3. An extension of time is necessary for the AFL-CIO's counsel to have sufficient time to prepare an answer or other responsive pleading in the event that Mr. Carswell does not voluntarily dismiss the action against the AFL-CIO.

4. No prior extensions of time have been requested or granted.

5. The parties conferred regarding the AFL-CIO's request for an extension of time to answer or otherwise plead in response to Mr. Carswell's Complaint. Mr. Carswell agrees to the relief requested.

**WHEREFORE**, for the aforementioned reasons, Defendant American Federal of Labor and Congress of Industrial Organizations respectfully requests an extension of time up to and including Friday, July 13, 2007, within which to file its responsive pleadings to Plaintiff Gene H. Carswell's Complaint.

Respectfully Submitted,

Dated: June 12, 2007

\_\_\_\_s/ Leon Dayan_____
Leon Dayan (D.C. Bar No. 444144)
Joshua B. Shiffrin (D.C. Bar No. 501008)*
BREDHOFF & KAISER P.L.L.C.
805 Fifteenth Street NW
Suite 1000
Washington, DC 20008
(202)842-2600

Counsel for Defendant AFL-CIO

*Admission to Bar of U.S. District Court for District of Columbia currently pending.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, US AIRWAYS GROUP, INC.; and AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>   Defendants. | Case No. 1:07-CV-00651 (RBW) |

## **ORDER**

Having considered the Unopposed Motion for Extension of Time by Defendant American Federal of Labor and Congress of Industrial Organizations ("AFL-CIO") to file its Answer or Other Responsive Pleading, which was filed on June __, 2007, it is

**ORDERED** that the AFL-CIO's Motion for Extension of Time is granted. Accordingly, the AFL-CIO has until and including Friday, July 13, 2007, within which to file its answer or other responsive pleading to Plaintiff's Complaint.

_____
Hon. Reggie B. Walton
United States District Court Judge