UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GENE H. CARSWELL, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

AIR LINE PILOTS ASSOCIATION, INTERNATIONAL
1625 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 797-4095
Facsimile: (202) 797-4014;

US AIRWAYS GROUP, INC.; AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,

    Defendants.

Case: 1:07-CV-00651(RBW)

## UNOPPOSED MOTION FOR EXTENSION OF TIME BY DEFENDANT AIR LINE PILOTS ASSOCIATION, INT'L, TO FILE ITS ANSWER OR OTHER RESPONSIVE PLEADING

Defendant Air Line Pilots Association, Int'l ("ALPA"), by and through its undersigned counsel, with the consent of Plaintiff Gene H. Carswell, by his counsel, respectfully requests an extension of time up to and including Friday, July 13, 2007, within which to file its answer or other responsive pleading to Plaintiff's Complaint. The grounds for this Motion are as follows:

1.     Defendant ALPA received Plaintiff's formerly <u>pro se</u> Complaint in the above-captioned matter by certified mail and its response would be due June 13, 2007.

2.     Plaintiff has since retained counsel. Plaintiff's counsel recently advised ALPA's attorney that Plaintiff intended to raise a cause of action not clearly stated in the Complaint.

3. An extension of time, therefore, is necessary for Defendant ALPA's counsel to have sufficient time to prepare an answer or other responsive pleading that addresses this new claim. Counsel is confident that this enlargement will be sufficient to permit ALPA time to do so.

4. No prior extensions of time have been requested or granted.

5. The parties conferred regarding ALPA's request for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint. Plaintiff does not object to the relief requested.

**WHEREFORE**, for the aforementioned reasons, Defendant Air Line Pilots Association, Int'l, respectfully requests an extension of time up to and including Friday, July 13, 2007, within which to file its responsive pleadings to Plaintiff Gene H. Carswell's Complaint.

Respectfully submitted,

Dated: June 12, 2007

Clay Warner (D.C. Bar No. 398346)
David M. Semanchik (D.C. Bar No. 502837)
AIR LINE PILOTS ASSOCIATION,
  INTERNATIONAL
LEGAL DEPARTMENT
1625 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 797-4095
Facsimile: (202) 797-4014
e-mail: Clay.Warner@alpa.org
e-mail: David.Semanchik@alpa.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL; US AIRWAYS GROUP, INC.; AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>   Defendants. | Case: 1:07-CV-00651(RBW) |

## ORDER

Having considered the Stipulated Motion for Extension of Time by Defendant Air Line Pilots Association, Int'l, to file its Answer or Other Responsive Pleading, which was filed on June __, 2007, it is

ORDERED that Defendant ALPA's Motion for an Extension of Time is granted. Accordingly, ALPA has until and including Friday, July 13, 2007, within which to file its answer or other responsive pleading to Plaintiff's Complaint.

_____
Hon. Reggie B. Walton
United States District Court Judge

## SERVICE LIST

Rosemary Dettling
FEDERAL EMPLOYEE LEGAL SERVICES
3120 Brandywine Street, NW
Washington, DC 20008
Telephone: (202) 390-4741
Facsimile: (888) 241-6719
e-mail: rdettling@felsc.com
Counsel for Plaintiff, Gene H. Carswell

Clay Warner (D.C. Bar No. 398346)
David M. Semanchik (D.C. Bar No. 502837)
AIR LINE PILOTS ASSOCIATION, INT'L
LEGAL DEPARTMENT
1625 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 797-4095
Facsimile: (202) 797-4014
e-mail: Clay.Warner@alpa.org
e-mail: David.Semanchik@alpa.org
Counsel for Defendant, Air Line Pilots Association, Int'l

Janet Dhillon
General Counsel
US AIRWAYS GROUP, INC.
111 West Salado Parkway
Tempe, Arizona 85281
Facsimile: (480) 693-5932

Leon Dayan
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, NW
Washington, DC 20005-2207
(202) 842-2600
Fax: (202) 842-1888
Email: ldayan@bredhoff.com
Counsel for Defendant,
   American Federation of Labor – Congress of Industrial Organizations