UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL; US AIRWAYS GROUP, INC.; AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>Defendants. | Case: 1:07-CV-00651(RBW) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for the Air Line Pilots Association, International ("ALPA"), certify that to the best of my knowledge and belief the following are parent companies, subsidiaries or affiliates of ALPA which have any outstanding securities in the hands of the public:

None; ALPA hereby discloses that it is an unincorporated, nonprofit labor union representing commercial airline pilots. It has no parent company, and no publicly-held company has a 10 percent or greater ownership interest in ALPA. Furthermore, no members of ALPA have issued shares or debt securities to the public.

These representations are made in order that judges of this court may determine the need for recusal.

*Clay Warner*
_____
Clay Warner (D.C. Bar No. 398346)
Attorney of Record
AIR LINE PILOTS ASSOCIATION,
  INTERNATIONAL
LEGAL DEPARTMENT
1625 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 797-4095
Facsimile: (202) 797-4014
e-mail: Clay.Warner@alpa.org