UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL<br>1625 Massachusetts Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 797-4095<br>Facsimile: (202) 797-4014;<br><br>US AIRWAYS GROUP, INC.; AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>Defendants. | Case: 1:07-CV-00651(RBW) |

## NOTICE OF ERRATA

Counsel for the undersigned hereby files this Notice of Errata attaching the Certificate of Service for the documents electronically filed today by Defendant Air Line Pilots Association, Int'l ("ALPA").

Dated: June 12, 2007

Respectfully submitted,

_/s/ David M. Semanchik_
David M. Semanchik (D.C. Bar No. 502837)
AIR LINE PILOTS ASSOCIATION, INT'L
LEGAL DEPARTMENT
1625 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 797-4095
Facsimile: (202) 797-4014
e-mail: David.Semanchik@alpa.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of June 2007, I caused to be served by facsimile and U.S. First Class Mail the foregoing Unopposed Motion for Extension of Time to File Its Answer or Other Responsive Pleading, Proposed Order, Notice of Entry of Appearance, and Local Civil Rule 7.1 Corporate Disclosure Certificate, upon the following:

Rosemary Dettling
FEDERAL EMPLOYEE LEGAL SERVICES
3120 Brandywine Street, NW
Washington, DC 20008
Telephone: (202) 390-4741
Facsimile: (888) 241-6719
e-mail: rdettling@felsc.com
Counsel for Plaintiff, Gene H. Carswell

Janet Dhillon
General Counsel
US Airways Group, Inc.
111 West Salado Parkway
Tempe, Arizona 85281
Facsimile: (480) 693-5932

Leon Dayan
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, NW
Washington, DC 20005-2207
(202) 842-2600
Fax: (202) 842-1888
Email: ldayan@bredhoff.com
Counsel for Defendant,
   American Federation of Labor – Congress of Industrial Organizations

_____
David M. Semanchik