IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GENE H. CARSWELL, et al., individually and on behalf of all others similarly situated, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | |
| US Airways Group, Inc. | * | Civil Action No.1:07-cv-00651 |
| 111 W. Rio Salado Parkway | * | Judge Reggie B. Walton |
| Tempe, AZ  85281 | * * | |
| Air Line Pilots Association, International; and American Federation of Labor and Congress of Industrial Organization, | * * * * * | |
| Defendants. | * | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for US Airways Group, Inc., certify that to the best of my knowledge and belief the following are parent companies, subsidiaries or affiliates of US Airways Group, Inc. which have any outstanding securities in the hands of the public:  None.

These representations are made in order that judges of this court may determine the need for recusal.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: June 14, 2007	Respectfully submitted,

                                                DOMBROFF GILMORE JAQUES & FRENCH, PC

                                        By: /s/ Thomas B. Almy
                                              Thomas B. Almy (#371235)
                                              Attorney of Record
                                              1676 International Dr., PH
                                              McLean, VA  22102
                                              Tel. (703) 336-8715
                                              Fax (703) 336-8750