IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, et al., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>Air Line Pilots Association, International; US Airways Group, Inc.; and American Federation of Labor and Congress of Industrial Organization,<br><br>      Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*  Civil Action No.1:07-cv-00651<br>*<br>*  Judge Reggie B. Walton<br>*<br>*<br>*<br>* |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ERIN FLAHARTY LEWIN

Erin Flaharty Lewin moves this Court for permission to appear *pro hac vice* in this matter on behalf of Defendant US Airways Group, Inc. In support of this motion, I state as follows:

1. My declaration pursuant to Local Rule 83.2(d) is attached as "A."

2. This motion is supported and signed by the undersigned sponsoring member of the Bar of this Court.

                                               Respectfully Submitted,

                                               DOMBROFF GILMORE JAQUES & FRENCH, PC

                                   By: /s/ Thomas B. Almy
                                        Thomas B. Almy (#371235)
                                        Mark A. Dombroff (#23218)
                                        Mark E. McKinnon (#463451)
                                        1676 International Dr., PH
                                        McLean, VA 22102
                                        Tel. (703) 336-8715
                                        Fax (703) 336-8750
                                        Counsel for US Airways Group, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of June 2007, the Motion for Admission *Pro Hac Vice* of Erin Flaharty Lewin was served on the persons identified below by the delivery method indicated:

Clerk's Office
United States District Court for the District of Columbia
By Electronic Document Filing System

Rosemary Dettling, Esq.
3120 Brandywine St., NW
Washington, DC 20008
By Electronic Document Filing System

Jonathan Cohen, Chief Counsel
Air Line Pilots Association, International
1625 Massachusetts Ave., NW
Washington, DC 20036
By certified mail

Jon Hiatt, General Counsel
American Federation of Labor and Congress
of Industrial Organization
815 16th St. NW
Washington, DC 20006
By certified mail

                                  /s/ Thomas B. Almy
                                  Thomas B. Almy

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GENE H. CARSWELL, et al., individually and on behalf of all others similarly situated, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No.1:07-cv-00651 |
| Air Line Pilots Association, International; US Airways Group, Inc.; and American Federation of Labor and Congress of Industrial Organization, | * * * * * | Judge Reggie B. Walton |
| Defendants. | * * | |

# ORDER

The Court, having considered the Motion for Admission *Pro Hac Vice* of Erin F. Lewin, hereby orders that the motion be, and the same hereby is, granted.

_____            _____
Date                                        The Hon. Reggie B. Walton
                                            UNITED STATES DISTRICT JUDGE

List of Counsel and Unrepresented Parties Entitled to Service of Order:

Thomas B. Almy
Mark A. Dombroff
Mark E. McKinnon
1676 International Dr., PH
McLean, VA  22102
Attorneys for US Airways Group, Inc.

Rosemary Dettling, Esq.
3120 Brandywine St., NW
Washington, DC 20008
Counsel for Plaintiff

Jonathan Cohen, Chief Counsel
Air Line Pilots Association, International
1625 Massachusetts Ave., NW
Washington, DC 20036

Jon Hiatt, General Counsel
American Federation of Labor and Congress
of Industrial Organization
815 16th St. NW
Washington, DC 20006

# DECLARATION OF ERIN FLAHARTY LEWIN

I, Erin Flaharty Lewin, of legal age and sound mind, swear and affirm as follows:

1. My full name is Erin Flaharty Lewin.

2. My office address is US Airways Group, Inc., 111 W. Rio Salado Parkway, Tempe, AZ 85281. My telephone number is (480) 693-5805.

3. I am admitted to the Bar of Arizona. I am also admitted to practice in the U.S. District Court for the District of Arizona and the U.S. Court of Appeals for the Ninth Circuit.

4. I hereby certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

Dated: 5/29/07

Erin Lewin
Erin Flaharty Lewin