IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Air Line Pilots Association, International; US Airways Group, Inc.; and American Federation of Labor and Congress of Industrial Organization,<br><br>Defendants. | ECF<br><br>Civil Action No.1:07-cv-00651<br><br>Judge Reggie B. Walton |

## ORDER

The Court, having considered the Motion for Admission *Pro Hac Vice* of Erin F. Lewin, hereby orders that the motion be, and the same hereby is, granted.

June 18, 2007
Date

The Hon. Reggie B. Walton
UNITED STATES DISTRICT JUDGE

List of Counsel and Unrepresented Parties Entitled to Service of Order:

Thomas B. Almy
Mark A. Dombroff
Mark E. McKinnon
1676 International Dr., PH
McLean, VA 22102
Attorneys for US Airways Group, Inc.

Rosemary Dettling, Esq.
3120 Brandywine St., NW
Washington, DC 20008
Counsel for Plaintiff

Jonathan Cohen, Chief Counsel
Air Line Pilots Association, International
1625 Massachusetts Ave., NW
Washington, DC 20036

Jon Hiatt, General Counsel
American Federation of Labor and Congress
of Industrial Organization
815 16th St. NW
Washington, DC 20006