IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Gene H. Carswell, et al. individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : : | Civil Action No. 1:07-cv-00651 |
| Air Line Pilots Association, International; US Airways Group, Inc.; and American Federation of Labor and Congress of Industrial Organization, | : : : : : : | Judge Reggie B. Walton |
| Defendants. | : : | |

MOTION FOR ADMISSION *PRO HAC VICE* OF JOANNE D. DONOHUE

Joanne D. Donohue respectfully moves this Court for permission to appear *pro hac vice* in this matter on behalf of the Plaintiff, Gene H. Carswell, and the proposed class. In support of this motion, I state as follows:

1. My declaration pursuant to Local Rule 83.2(d) is attached hereto as Exhibit A.

2. This motion is supported and signed by the undersigned member of the Bar of this Court.

Respectfully submitted,

*/s/ Rosemary Dettling*
Rosemary Dettling, Esq. (DC Bar 441483)
3120 Brandywine Street, N.W.
Washington, DC 20008
(202) 362-1888 (Telephone)
(888) 241-6719 (Facsimile)
Counsel for Plaintiff, Gene H. Carswell

CERTIFICATE OF SERVICE

   I hereby certify that on this 19th day of June, 2007, the foregoing Motion and Order Admitting Joanne Dekker Donohue *pro hac vice* was sent to the below addresses by the delivery method indicated:

Clerk's Office
United States District Court for the District of Columbia
By electronic document filing (ECF) system

David M. Semanchik, Esq.
Air Line Pilots Association, International
1625 Massachusetts Avenue, NW
Washington, DC 20036
By ECF

Leon Dayan, Esq.
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW
Washington, DC 20005-2207
Counsel for American Federation of Labor and Congress of
 Industrial Organization
815 16th Street, NW
Washington, DC 20006
By ECF

Thomas B. Almy, Esquire
Mark A. Dombroff, Esquire
Mark E. McKinnon, Esquire
DOMBROFF GILMORE JACQUES & FRENCH, PC
1676 International Drive, PC
McLean, Virginia 22102
Counsel for US Airways Group, Inc.
By ECF

Erin Flaherty Lewin, Esquire
Entered *Pro Hac Vice*
US Airways Group, Inc.
111 W. Rio Salado Parkway
Tempe, Arizona 85281
By ECF

                */s/ Rosemary Dettling*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GENE H. CARSWELL, et al.
individually and on behalf of all others
similarly situated,

    Plaintiff,

    : Civil Action No. 1:07-cv-00651

AIR LINE PILOTS ASSOCIATION,
INTERNATIONAL, et al.

    : Judge Reggie B. Walton

    Defendants.

## DECLARATION OF JOANNE DEKKER DONOHUE

Joanne Dekker Donohue, being over eighteen years of age and competent to testify to the matters stated herein, swear and affirm under the penalties of perjury as follows:

1.    My full name is Joanne Dekker Donohue.

2.    My office address is 16848 Hamilton Station Road, Hamilton, Virginia 20158. My telephone number is (540) 338-4841.

3.    I am admitted to the bars of the State of Maryland, the Commonwealth of Virginia and the District of Columbia. I am admitted to practice to the United States District Courts for the District of Maryland, the Eastern District of Virginia (Alexandria Division), the Western District of Virginia (Harrisonburg Division), the United States Court of Appeals for the Fourth Circuit and the United States Court of Appeals for the Federal Circuit.

4.    I certify that I have not been disciplined by any bar.

5.    I have not been admitted pro hoc vice in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

_____
Joanne Dekker Donohue (DC Bar 370569)
Date: June 19, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Gene H. Carswell, et al.<br> individually and on behalf of all others<br> similarly situated, | :<br>:<br>:<br>: | |
| Plaintiff, | : | Civil Action No. 1:07-cv-00651 |
| | : | |
| Air Line Pilots Association, International;<br>US Airways Group, Inc.; and American<br>Federation of Labor and Congress of<br>Industrial Organization, | :<br>:<br>:<br>:<br>: | Judge Reggie B. Walton |
| | : | |
| Defendants. | : | |

ORDER ADMITTING
<u>JOANNE DEKKER DONOHUE *PRO HAC VICE*</u>

Upon consideration of the Motion for Admission of Joanne Dekker Donohue *Pro Hac Vice* on behalf of the Plaintiff, Gene H. Carswell, and there appearing to be good cause to admit Ms. Donohue *pro hac vice*, it is this _____ day of _____, 2007

ORDERED, that Plaintiff's motion is GRANTED.

So Ordered.

_____
Reggie B. Walton
U.S. District Court Judge

Copies to:

Rosemary Dettling, Esq.
3120 Brandywine Street, NW
Washington, DC 20008
Counsel for Plaintiff

David M. Semanchik, Esq.
Air Line Pilots Association, International
1625 Massachusetts Avenue, NW
Washington, DC 20036

Leon Dayan, Esq.

BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW
Washington, DC 20005-2207
815 16th Street, NW
Washington, DC 20006
Counsel for American Federation of Labor and Congress of
 Industrial Organization

Thomas B. Almy, Esquire
Mark A. Dombroff, Esquire
Mark E. McKinnon, Esquire
DOMBROFF GILMORE JACQUES & FRENCH, PC
1676 International Drive, PC
McLean, Virginia 22102
Counsel for US Airways Group, Inc.


Erin Flaherty Lewin, Esquire
Entered *Pro Hac Vice*
US Airways Group, Inc.
111 W. Rio Salado Parkway
Tempe, Arizona 85281