IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



Gene H. Carswell, et al.
individually and on behalf of all others
similarly situated,

    Plaintiff,

Air Line Pilots Association, International;
US Airways Group, Inc.; and American
Federation of Labor and Congress of
Industrial Organization,

    Defendants.

Civil Action No. 1:07-cv-00651

Judge Reggie B. Walton

### ORDER ADMITTING
### JOANNE DEKKER DONOHUE *PRO HAC VICE*

Upon consideration of the Motion for Admission of Joanne Dekker Donohue *Pro Hac Vice* on behalf of the Plaintiff, Gene H. Carswell, and there appearing to be good cause to admit Ms. Donohue *pro hac vice*, it is this 26th day of June, 2007

ORDERED, that Plaintiff's motion is GRANTED.

So Ordered.

_____
Reggie B. Walton
U.S. District Court Judge

Copies to:

Rosemary Dettling, Esq.
3120 Brandywine Street, NW
Washington, DC 20008
Counsel for Plaintiff

David M. Semanchik, Esq.
Air Line Pilots Association, International
1625 Massachusetts Avenue, NW
Washington, DC 20036

Leon Dayan, Esq.

BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW
Washington, DC 20005-2207
815 16th Street, NW
Washington, DC 20006
Counsel for American Federation of Labor and Congress of
 Industrial Organization

Thomas B. Almy, Esquire
Mark A. Dombroff, Esquire
Mark E. McKinnon, Esquire
DOMBROFF GILMORE JACQUES & FRENCH, PC
1676 International Drive, PC
McLean, Virginia 22102
Counsel for US Airways Group, Inc.


Erin Flaherty Lewin, Esquire
Entered *Pro Hac Vice*
US Airways Group, Inc.
111 W. Rio Salado Parkway
Tempe, Arizona 85281