UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL; US AIRWAYS GROUP, INC.; AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>Defendants. | Case: 1:07-CV-00651(RBW) |

JOINT OPPOSITION OF DEFENDANTS
AIR LINE PILOTS ASSOCIATION, INT'L, US AIRWAYS GROUP, INC., AND AMERICAN FEDERATION OF LABOR AND CONGRESS OF INTERNATIONAL ORGANIZATIONS
TO PLAINTIFF'S MOTION FOR CONDITIONAL CLASS CERTIFICATION

Defendants Air Line Pilots Association, Int'l ("ALPA"), US Airways Group, Inc. ("US Airways") and American Federation of Labor and Congress of Industrial Organizations ("AFL-CIO") (collectively, "Defendants") jointly oppose Plaintiff's motion for conditional class certification. For the reasons stated in Defendants' July 13 Joint Motion (which seeks to stay this class certification motion until after the Court has ruled on Defendants' motions to dismiss), discovery is necessary at this stage to ascertain, among other things, whether Plaintiff is an appropriate class representative, whether the class and "subclass" sought are proper, and whether class counsel is qualified. July 13th Joint Motion, ¶9. See Windham v. American Brands, Inc., 565 F.2d 59, 64-65 (4th Cir. 1977); Doctor v. Seaboard Coast Line R. Co., 540 F.2d 699, 707 (4th Cir. 1976).

Accordingly, in the event the Court denies Defendants' pending Joint Motion for a stay, Defendants request a schedule for discovery and further briefing with respect to the instant motion.

Dated:  July 18, 2007

Respectfully submitted,

　　　　/s/ David M. Semanchik　　　　
Clay Warner (D.C. Bar No. 398346)
David M. Semanchik (D.C. Bar No. 502837)
AIR LINE PILOTS ASSOCIATION
LEGAL DEPARTMENT
1625 Massachusetts Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 797-4095
Facsimile: (202) 797-4014

Thomas B. Almy (D.C. Bar No. 371235)
Mark A. Dombroff (D.C. Bar No. 23218)
DOMBROFF & GILMORE, P.C.
1676 International Drive - PH
McLean, VA 22102
Telephone:  (703) 336-8723
Facsimile:  (703) 336-8750
Email: talmy@dglitigators.com
Email: mdombroff@dglitigators.com

Erin Flaharty Lewin (admitted pro hac vice)
US AIRWAYS GROUP, INC.
111 W. Rio Salado Parkway
Tempe, AZ  85281
Telephone:  (480) 693-5805
Email: erin.lewin@usairways.com

Counsel for US Airways Group, Inc.

Leon Dayan (D.C. Bar No. 444144)
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, NW
Washington, DC 20005-2207
Telephone:  (202) 842-2600
Facsimile:  (202) 842-1888
Email: ldayan@redhoff.com

Counsel for American Federation of Labor and
　　　Congress of Industrial Organizations

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July 2007, a copy of the JOINT OPPOSITION OF DEFENDANTS AIR LINE PILOTS ASSOCIATION, INT'L, US AIRWAYS GROUP, INC., AND AMERICAN FEDERATION OF LABOR AND CONGRESS OF INTERNATIONAL ORGANIZATIONS TO PLAINTIFF'S MOTION FOR CONDITIONAL CLASS CERTIFICATION was served as follows:

by the Court's Electronic Document Filing System, with a copy via first-class mail, postage prepaid, upon:

Rosemary Dettling  
Federal Employee Legal Services  
3120 Brandywine Street, NW  
Washington, DC  20008  
Email: rdettling@felsc.com

Joanne Dekker Donohue  
16848 Hamilton Station Road  
Hamilton, VA  20158  
Email: esqjdjd@aol.com

*Counsel for Plaintiff Gene H. Carswell*

by the Court's Electronic Document Filing System, upon:

Thomas B. Almy  
Mark Dombroff  
DOMBROFF & GILMORE, P.C.  
1676 International Drive - PH  
McLean, VA 22102  
e-mail:  talmy@dglitigators.com

Erin Flaharty Lewin (admitted pro hac vice)  
US AIRWAYS GROUP, INC.  
111 W. Rio Salado Parkway  
Tempe, AZ  85281  
e-mail:  erin.lewin@usairways.com

*Counsel for US Airways Group, Inc.*

Leon Dayan  
BREDHOFF & KAISER, P.L.L.C.  
805 Fifteenth Street, NW  
Washington, DC 20005-2207  
e-mail: ldayan@bredhoff.com

*Counsel for Defendant,*  
   *American Federation of Labor and Congress of Industrial Organizations*

　　　　　　　　　　　　　　　　　　　　　　　     /s/ David Semanchik         

3