IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, et al. individually and on behalf of all others similarly situated, | : : : : |
| Plaintiff, | : Civil Action No. 1:07-cv-00651 : |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al. | : Judge Reggie B. Walton : : |
| Defendants. | : |

PLAINTIFF'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO
THE MOTIONS OF DEFENDANT AFL-CIO

Plaintiff, Gene H. Carswell, by and through his undersigned counsel, respectfully moves this Court for an extension of time in which to respond to two motions filed by the Defendant, American Federation of Labor and Congress of Industrial Organizations, ("AFL-CIO"), to August 31, 2007, and in support of this motion states as follows:

1. Defendant, the AFL-CIO filed its motion for sanctions in the above-captioned matter on July 12, 2007.

2. On July 23, 2007, the AFL-CIO filed its motion to dismiss plaintiff's first amended complaint.

3. Joanne D. Donohue, *pro hoc vice* counsel for plaintiff, spoke with counsel for the AFL-CIO and requested a time extension to answer the motion for sanctions so that both motions could be addressed and submitted together. Counsel for the AFL-CIO agreed to the extension of the motion for sanctions, thus requiring plaintiff to respond to both motions by August 15, 2007.

4. Mr. Carswell now requests an extension of time to respond to the motion to dismiss and to extend the time in which to respond to the motion for sanctions. An extension of time is necessary for Mr. Carswell's counsel to have sufficient time to fully review and prepare his response to both motions.

5. Defendant, Airline Pilots Association, International, ("ALPA"), also filed a motion to dismiss on July 15, 2007. Mr. Carswell has also requested an extension of time to respond to ALPA's motion.

6. No extension of time has been requested with respect to the AFL-CIO's motion to dismiss.

7. Plaintiff is not seeking to improperly delay these proceedings, but is merely seeking additional time in order to fully respond to the AFL-CIO's motions.

8. The parties have conferred regarding Mr. Carswell's request for an extension of time to respond to the motion for sanctions and the motion to dismiss. The AFL-CIO agrees to the time extension through and including August 31, 2007.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully requests an extension of time up to and including Friday, August 31, 2007 in which to respond to the motion for sanctions and the motion to dismiss filed by the Defendant, the AFL-CIO.

Dated: August 6, 2007

                                                Respectfully submitted,

                                                    /s/ Rosemary Dettling
Rosemary Dettling (DC Bar 441483)
3120 Brandywine Street, NW
Washington, DC 20008
(202) 362-1988 (Telephone)
(888) 241-6719 (Facsimile)

/s/ Joanne D. Donhue
Joanne D. Donohue (DC Bar 370569)
*Pro hoc vice*
16848 Hamilton Station Road
Hamilton, Virginia 20158
(540) 338-4841 (tel. and fax)

Counsel for Plaintiff, Gene H. Carswell

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2007, the foregoing Motion and proposed Order were served by ECF upon

David M. Semanchik
Granville C. Warner
Air Line Pilots Association International
535 Herndon Parkway
Herndon, Virginia 20170
Counsel for Defendant Air Line Pilots Association, International

Leon Dayan
Bredhoff & Kaiser, PLLC
805 Fifteenth Street, NW
Washington, DC 2005-2207
Counsel for AFL-CIO

Thomas B. Almay
Mark A. Dombroff
Mark E. McKinnon
Dombroff Gilmore Jacques & French, PC
1676 International Drive – PH
McLean, Virginia 22102
Counsel for US Airways Group, Inc.

and by First-Class Mail to

Erin Flaherty Lewin, Esquire
*Pro hoc vice*
US Airways Group, Inc.
111 W. Rio Salado Parkway
Tempe, Arizona 85281

/s/ Joanne D. Donohue

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, et al.<br>individually and on behalf of all others<br>similarly situated, | :<br>:<br>:<br>: |
| Plaintiff, | : Civil Action No. 1:07-cv-00651<br>: |
| AIR LINE PILOTS ASSOCIATION,<br>INTERNATIONAL, et al. | : Judge Reggie B. Walton<br>:<br>: |
| Defendants. | : |

ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME
TO RESPOND TO THE MOTION TO DISMISS AND
THE MOTION FOR SANCTIONS FILED BY DEFENDANT, AMERICAN
FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS

Upon consideration of the motion of Plaintiff, Gene H. Carswell, for an extension of time in which to respond to the motion for sanctions and the motion to dismiss filed by the Defendant, the American Federation of Labor and Congress of Industrial Organizations, ("AFL-CIO"), and it appearing that Defendant AFL-CIO has no objection, and it appearing to the Court that Plaintiff has shown good cause for the requested time extensions, it is this ___ day of _____, 2007,

ORDERED, that Plaintiff's motion is GRANTED, and it is

FURTHER ORDERED, that Plaintiff shall respond to the motion for sanctions and the motion to dismiss filed by the Defendant AFL-CIO, on or before August 31, 2007.

So ordered.

_____
Reggie B. Walton, Judge
United States District Court for the
  District of Columbia

Copies to all counsel