IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, et al. : | |
| individually and on behalf of all others : | |
| similarly situated, : | |
| : | |
| Plaintiff, : | Civil Action No. 1:07-cv-00651 |
| : | |
| AIR LINE PILOTS ASSOCIATION, : | Judge Reggie B. Walton |
| INTERNATIONAL, et al. : | |
| : | |
| Defendants. : | |

PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME
HIS OPPOSITION TO THE MOTION TO DISMISS
FILED BY DEFENDANT, AIR LINE PILOTS ASSOCIATION, INTERNATIONAL

Plaintiff, Gene H. Carswell, by and through his undersigned counsel, and pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, respectfully moves this Court for leave to file his opposition to the motion to dismiss filed by Defendant Air Line Pilots Association, International, ("ALPA"), to and including August 31, 2007, on the grounds that counsel for Mr. Carswell inadvertently miscalculated the time for filing the response to the motion to dismiss.

Mr. Carswell submits that filing an opposition is obviously critical to his case and further submits that this late filing will not prejudice ALPA.

In the interests of justice, Mr. Carswell respectfully moves that the Court grant him leave to file his opposition by August 31, 2007.

Mr. Carswell submits the attached Memorandum in support of his motion as well as a proposed Order.

Dated: August 7, 2007

Respectfully submitted,

_____/s/ Rosemary Dettling_____
Rosemary Dettling (DC Bar 441483)
3120 Brandywine Street, NW
Washington, DC 20008
(202) 362-1988 (Telephone)
(888) 241-6719 (Facsimile)


_____/s/ Joanne D. Donhue_____
Joanne D. Donohue (DC Bar 370569)
*Pro hoc vice*
16848 Hamilton Station Road
Hamilton, Virginia 20158
(540) 338-4841 (tel. and fax)

Counsel for Plaintiff, Gene H. Carswell

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2007, the foregoing Motion and proposed Order were served by ECF upon

David M. Semanchik
Granville C. Warner
Air Line Pilots Association International
535 Herndon Parkway
Herndon, Virginia 20170
Counsel for Defendant Air Line Pilots Association, International

Leon Dayan
Bredhoff & Kaiser, PLLC
805 Fifteenth Street, NW
Washington, DC 2005-2207
Counsel for AFL-CIO

Thomas B. Almay
Mark A. Dombroff
Mark E. McKinnon
Dombroff Gilmore Jacques & French, PC
1676 International Drive – PH
McLean, Virginia 22102
Counsel for US Airways Group, Inc.

and by First-Class Mail to

Erin Flaherty Lewin, Esquire
*Pro hoc vice*
US Airways Group, Inc.
111 W. Rio Salado Parkway
Tempe, Arizona 85281

                                               /s/ Joanne D. Donohue

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, et al. : |
| individually and on behalf of all others : |
| similarly situated, : |
| : |
|     Plaintiff, : Civil Action No. 1:07-cv-00651 |
| : |
| AIR LINE PILOTS ASSOCIATION, : Judge Reggie B. Walton |
|   INTERNATIONAL, et al. : |
| : |
|     Defendants. : |

ORDER GRANTING PLAINTIFF LEAVE TO TO RESPOND
OUT OF TIME TO THE MOTION TO DISMISS FILED
BY DEFENDANT, AIR LINE PILOTS ASSOCIATION INTERNATIONAL

    Upon consideration of the motion of Plaintiff, Gene H. Carswell, for leave to file out of time his opposition to the motion to dismiss filed by the Defendant, Air Line Pilots Association, International, ("ALPA"), and it appearing to the Court that Plaintiff has shown good cause for the requested time extension, it is this ___ day of _____, 2007,

    ORDERED, that Plaintiff's motion is GRANTED, and it is

    FURTHER ORDERED, that Plaintiff shall respond to the motion to dismiss filed by the Defendant, ALPA, on or before August 31, 2007.

    So ordered.

_____
Reggie B. Walton, Judge
United States District Court for the
 District of Columbia

Copies to all counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, et al. : | |
| individually and on behalf of all others : | |
| similarly situated, : | |
| : | |
| Plaintiff, | : Civil Action No. 1:07-cv-00651 |
| : | |
| AIR LINE PILOTS ASSOCIATION, | : Judge Reggie B. Walton |
| INTERNATIONAL, et al. : | |
| : | |
| Defendants. : | |

PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME
HIS OPPOSITION TO THE MOTION TO DISMISS
FILED BY DEFENDANT, AIR LINE PILOTS ASSOCIATION, INTERNATIONAL

Plaintiff, Gene H. Carswell, by and through his undersigned counsel, and pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, respectfully moves this Court for leave to file his opposition to the motion to dismiss filed by Defendant Air Line Pilots Association, International, ("ALPA"), to and including August 31, 2007, on the grounds that counsel for Mr. Carswell inadvertently miscalculated the time for filing the response to the motion to dismiss.

Mr. Carswell submits that filing an opposition is obviously critical to his case and further submits that this late filing will not prejudice ALPA.

In the interests of justice, Mr. Carswell respectfully moves that the Court grant him leave to file his opposition by August 31, 2007.

Mr. Carswell submits the attached Memorandum in support of his motion as well as a proposed Order.

Dated: August 7, 2007

        Respectfully submitted,

        _____/s/ Rosemary Dettling_____
        Rosemary Dettling (DC Bar 441483)
        3120 Brandywine Street, NW
        Washington, DC 20008
        (202) 362-1988 (Telephone)
        (888) 241-6719 (Facsimile)


        _____/s/ Joanne D. Donhue_____
        Joanne D. Donohue (DC Bar 370569)
        *Pro hoc vice*
        16848 Hamilton Station Road
        Hamilton, Virginia 20158
        (540) 338-4841 (tel. and fax)

        Counsel for Plaintiff, Gene H. Carswell


## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2007, the foregoing Motion and proposed Order were served by ECF upon

David M. Semanchik
Granville C. Warner
Air Line Pilots Association International
535 Herndon Parkway
Herndon, Virginia 20170
Counsel for Defendant Air Line Pilots Association, International

Leon Dayan
Bredhoff & Kaiser, PLLC
805 Fifteenth Street, NW
Washington, DC 2005-2207
Counsel for AFL-CIO

Thomas B. Almay
Mark A. Dombroff
Mark E. McKinnon
Dombroff Gilmore Jacques & French, PC
1676 International Drive – PH
McLean, Virginia 22102
Counsel for US Airways Group, Inc.

and by First-Class Mail to

Erin Flaherty Lewin, Esquire
*Pro hoc vice*
US Airways Group, Inc.
111 W. Rio Salado Parkway
Tempe, Arizona 85281

                                               /s/ Joanne D. Donohue