IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, et al. <br> individually and on behalf of all others <br> similarly situated, <br><br>     Plaintiff, <br><br> AIR LINE PILOTS ASSOCIATION, <br>  INTERNATIONAL, et al. <br><br>     Defendants. | : <br> : <br> : <br> : <br> : Civil Action No. 1:07-cv-00651 <br> : <br> : Judge Reggie B. Walton <br> : <br> : <br> : |

ERRATA PLEADING

Plaintiff, Gene H. Carswell, by and through undersigned counsel, submits this Errata Pleading with respect to his Motion for Leave to File Out of Time His Opposition to the Motion to Dismiss Filed by Defendant, Air Line Pilots Association, International.

Attached hereto is the Memorandum in Support of said Motion which was not included with the filing of the Motion.

Dated: August 7, 2007

                                                                                              Respectfully submitted,

                                                                                                  /s/ Rosemary Dettling
                                                Rosemary Dettling (DC Bar 441483)
                                                3120 Brandywine Street, NW
                                                Washington, DC 20008
                                                (202) 362-1988 (Telephone)
                                                (888) 241-6719 (Facsimile)

                                                         /s/ Joanne D. Donhue
                                                Joanne D. Donohue (DC Bar 370569)
                                                *Pro hoc vice*
                                                16848 Hamilton Station Road
                                                Hamilton, Virginia 20158
                                                (540) 338-4841 (tel. and fax)

                                                Counsel for Plaintiff, Gene H. Carswell

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2007, the foregoing Errata Pleading and attached Memorandum were served by ECF upon

David M. Semanchik
Granville C. Warner
Air Line Pilots Association International
535 Herndon Parkway
Herndon, Virginia 20170
Counsel for Defendant Air Line Pilots Association, International

Leon Dayan
Bredhoff & Kaiser, PLLC
805 Fifteenth Street, NW
Washington, DC 2005-2207
Counsel for AFL-CIO

Thomas B. Almay
Mark A. Dombroff
Mark E. McKinnon
Dombroff Gilmore Jacques & French, PC
1676 International Drive – PH
McLean, Virginia 22102
Counsel for US Airways Group, Inc.

and by First-Class Mail to

Erin Flaherty Lewin, Esquire
*Pro hoc vice*
US Airways Group, Inc.
111 W. Rio Salado Parkway
Tempe, Arizona 85281

/s/ Joanne D. Donohue

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, et al. : <br> individually and on behalf of all others : <br> similarly situated, : <br> : <br> Plaintiff, : Civil Action No. 1:07-cv-00651 <br> : <br> AIR LINE PILOTS ASSOCIATION, : Judge Reggie B. Walton <br> INTERNATIONAL, et al. : <br> : <br> Defendants. : | |

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME
HIS OPPOSITION TO THE MOTION TO DISMISS
FILED BY DEFENDANT, AIR LINE PILOTS ASSOCIATION, INTERNATIONAL

Plaintiff, Gene H. Carswell, by and through his undersigned counsel, respectfully submits this memorandum in support of his motion for leave to file his opposition to the motion to dismiss field by the Defendant, Air Line Pilots Association, International, ("ALPA"), to and including August 31, 2007, as follows:

BACKGROUND

1. Defendant, ALPA, filed its motion to dismiss the first amended complaint on July 18, 2007.

2. As a result of a miscommunication between counsel, Plaintiff's counsel mistakenly calculated the response time to file an opposition to ALPA's motion to dismiss as being due on Friday, August 10, 2007.

3. On August 6, 2007, Plaintiff's counsel contacted ALPA's counsel to request an extension of time in which to respond to the motion to dismiss. ALPA's counsel

replied via email that ALPA would not agree to the extension of time because the request was made outside of the time limits.

4. Plaintiff has previously agreed to ALPA's extension of time in which to respond to the first amended complaint.

5. Mr. Carswell requests leave to file his opposition to the motion to dismiss out time. An extension of time is necessary for Mr. Carswell's counsel to have sufficient time to fully review and prepare his response to the motion.

6. Defendant, the American Federation of Labor and Congress of Industrial Organizations, ("AFL-CIO"), filed a motion for sanctions on July 12, 2007 and a motion to dismiss the first amended complaint on July 23, 2007. Mr. Carswell has also requested extensions of time in which to respond to the AFL-CIO's motions. The AFL-CIO agreed to these extensions and the Court granted Plaintiff's motion on August 6, 2007.

7. No extension of time has been requested with respect to ALPA's motion to dismiss.

8. Plaintiff is not seeking to improperly delay these proceedings, but is merely seeking additional time in order to fully respond to ALPA's motion to dismiss.

9. At this time, there are several motions before the Court with respect to these proceedings, including the two motions filed by the AFL-CIO, the motion to dismiss filed by Defendant US Airways Group, Inc., Plaintiff's motion for class certification and a joint motion by the three defendants to stay Plaintiff's motion for class certification.

10. Any delay in making the request for the time extension was inadvertent. Plaintiff submits that the delay in making the request for a time extension will not preju-

dice ALPA's rights and instead will allow the Court to make a reasoned decision on the merits of ALPA's motion to dismiss, rather than to dismiss the first amended complaint on a technicality.

## ARGUMENT

Rule 6(b)(2) of the Federal Rules of Civil Procedure provides in pertinent part, "When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect." Local Rule 7(b) provides that if a non-moving party fails to file a memorandum in opposition to a motion, then "the Court <u>may</u> treat the motion as conceded," (emphasis added), thus granting the court additional discretion with respect to the filing of an opposition.

ALPA's only objection to Plaintiff's request for additional time was the timeliness of the request.

The result of the miscalculation was due to a miscommunication between counsel, and as such should be viewed as "excusable neglect" pursuant to Rule 6(b)(2). Plaintiff submits that it is in the interests of justice for the Court to make its decision on ALPA's motion on the merits of case, not on a technicality based on excusable neglect of the Plaintiff's attorneys.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully requests that he be given leave to file his opposition to ALPA's motion to dismiss the first amended complaint up to and including Friday, August 31, 2007.

Dated: August 7, 2007

                                        Respectfully submitted,

                                        _____/s/ Rosemary Dettling_____
                                        Rosemary Dettling (DC Bar 441483)
                                        3120 Brandywine Street, NW
                                        Washington, DC 20008
                                        (202) 362-1988 (Telephone)
                                        (888) 241-6719 (Facsimile)

                                        _____/s/ Joanne D. Donhue_____
                                        Joanne D. Donohue (DC Bar 370569)
                                        *Pro hoc vice*
                                        16848 Hamilton Station Road
                                        Hamilton, Virginia 20158
                                        (540) 338-4841 (tel. and fax)

                                        Counsel for Plaintiff, Gene H. Carswell

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2007, the foregoing Memorandum and proposed Order were served by ECF upon

David M. Semanchik
Granville C. Warner
Air Line Pilots Association International
535 Herndon Parkway
Herndon, Virginia 20170
Counsel for Defendant Air Line Pilots Association, International

Leon Dayan
Bredhoff & Kaiser, PLLC
805 Fifteenth Street, NW
Washington, DC 2005-2207
Counsel for AFL-CIO

Thomas B. Almay
Mark A. Dombroff
Mark E. McKinnon
Dombroff Gilmore Jacques & French, PC
1676 International Drive – PH
McLean, Virginia 22102

4

Counsel for US Airways Group, Inc.

and by First-Class Mail to

Erin Flaherty Lewin, Esquire
*Pro hoc vice*
US Airways Group, Inc.
111 W. Rio Salado Parkway
Tempe, Arizona 85281

                                                          /s/ Joanne D. Donohue