**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GENE H. CARSWELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, US AIRWAYS GROUP, INC.; and<br><br>AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS<br>815 Sixteenth Street NW<br>Washington, DC 20006<br><br>    Defendants. | Case No. 1:07-CV-00651 (RBW) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Joshua B. Shiffrin, Esq., as counsel of record for defendant American Federation of Labor and Congress of Industrial Organizations in the above-captioned case.

Date: August 15, 2007

Respectfully Submitted,

 /s/Joshua B. Shiffrin
Leon Dayan (D.C. Bar No. 444144)
Joshua B. Shiffrin (D.C. Bar No. 501008)
BREDHOFF & KAISER P.L.L.C.
805 Fifteenth Street NW
Suite 1000
Washington, DC 20008
(202)842-2600

Counsel for Defendant AFL-CIO