**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GENE H. CARSWELL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL; US AIRWAYS GROUP, INC.; and AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS, <br><br> Defendants. | Case No. 1:07-CV-00651 (RBW) |

**DEFENDANT AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS' SECOND MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11**

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, defendant American Federation of Labor and Congress of Industrial Organizations ("AFL-CIO") respectfully moves this Court for an order imposing sanctions against plaintiff Gene H. Carswell and his counsel for filing, on July 5, 2007, an Amended Complaint that persists in including the AFL-CIO as a defendant in this action despite Carswell's notice of the frivolous nature of the claims against the AFL-CIO. The AFL-CIO further requests that this Court award it the costs and reasonable attorney's fees it has incurred in defending this action. Sanctions are appropriate because:

1. The Amended Complaint asserts claims against the AFL-CIO under the Age Discrimination in Employment Act ("ADEA") and the Railway Labor Act on the basis of allegations that the AFL-CIO is the plaintiff's exclusive bargaining representative and

consequently owes a duty of fair representation to the plaintiff, or, alternatively, because the AFL-CIO has a "parent-subsidiary" type relationship with Carswell's union, the Air Line Pilots Association ("ALPA");

2. Any reasonable, or even minimal, inquiry into these allegations would have demonstrated that these allegations lack any possible evidentiary support;

3. It is also well established, as a legal matter, that any political advocacy allegedly engaged in by AFL-CIO which forms the basis of Carswell's Amended Complaint is not actionable and is protected by the First Amendment; and

4. Carswell's counsel has chosen to file an Amended Complaint that persists in continuing this action against the AFL-CIO after being informed of the original Complaint's patent legal and factual defects.

The grounds for this motion are more fully set forth in the Memorandum of Law and Supplemental Memorandum of Law that have been submitted by the AFL-CIO in support of its First Motion for Sanctions Pursuant to Fed. R. Civ. P. 11. For the reasons stated therein, the AFL-CIO's Second Motion for Sanctions should be granted.

Dated: August 15, 2007   \_\_\_\_\_/s/_____
Leon Dayan (D.C. Bar No. 444144)
Joshua B. Shiffrin (D.C. Bar No. 501008)
BREDHOFF & KAISER P.L.L.C.
805 Fifteenth Street NW
Suite 1000
Washington, DC 20008
(202)842-2600

Counsel for Defendant AFL-CIO