IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GENE H. CARSWELL, et al.                          :
 individually and on behalf of all others         :
 similarly situated,                              :
                                                  :
        Plaintiff,                                : Civil Action No. 1:07-cv-00651
                                                  :
AIR LINE PILOTS ASSOCIATION,                      : Judge Reggie B. Walton
  INTERNATIONAL, et al.                           :
                                                  :
        Defendants.                               :

PLAINTIFF'S MEMORANDUM IN OPPOSITION TO THE MOTIONS
FOR SANCTIONS FILED BY THE AMERICAN FEDERATION
OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS

Comes now Plaintiff, Gene H. Carswell, by and through undersigned counsel, and

respectfully submits his memorandum in opposition to the motions for sanctions filed by

Defendant, the American Federation of Labor and Congress of Industrial Organizations,

("AFL-CIO"), as follows:

DEFENDANT HAS NOT PREVAILED ON ITS MOTION
TO DISMISS THE FIRST AMENDED COMPLAINT

Defendant AFL-CIO filed its motion for sanctions on July 12, 2007[1], followed by

its motion to dismiss the first amended complaint on July 23, 2007[2].  Defendant main-

---

[1] In its supplemental memorandum in support of its motion for sanctions, also filed on
July 12, 2007, Defendant represents that a proposed copy of the motion for sanctions was
served on Mr. Carswell's counsel, Rosemary Dettling, on June 18, 2007.  Ms. Dettling
states that this document was not received by her. Defendant filed a second motion for
sanctions on August 15, 2007, and has referred back to its initial memoranda filed with
its first motion.  By agreement of counsel, Mr. Carswell is responding to the second mo-
tion as part of this opposition.

[2] Mr. Carswell incorporates by reference herein his opposition to the AFL-CIO's motion
to dismiss to be filed as well as his oppositions to the motions to dismiss filed by Defen-

tains that its letter to Mr. Carswell's counsel dated June 1, 2007, clearly sets forth the reasons why the Defendant should be dismissed from this case. Defendant has not attached a copy of this letter to its motion. Defendant contends that Mr. Carswell's claims against it are frivolous and lack evidentiary support, thereby subjecting Mr. Carswell and/or his attorneys to sanctions under Fed.R.Civ.P. 11.

At this time, Defendant's motion to dismiss has not been decided by the court. Mr. Carswell submits that until and unless the court decides in Defendant's favor, Defendant's motion is premature.

<div align="center">

EVEN IF THE COURT GRANTS DEFENDANT'S MOTION
TO DISMISS, SANCTIONS ARE NOT WARRANTED

</div>

"The imposition of Rule 11 sanctions is not something the court takes lightly; Rule 11 sanctions are an extreme punishment for filing pleadings that frustrate judicial proceedings. Trout v. Garrett, 780 F.Supp. 1396, 1428 (D.D.C. 1991) (noting that 'the blunt instrument of sanctions against individual attorneys ought to be applied with restraint.')." Naegele v. Albers, 355 F.Supp.2d 129, 144 (D.D.C. 2005).

Even if the court determines that the AFL-CIO is not a proper party to these proceedings and grants Defendant's motion to dismiss, Mr. Carswell contends that the imposition of Rule 11 sanctions is not warranted or automatic. As set forth in his opposition to the AFL-CIO's motion to dismiss, the claims and allegations against the AFL-CIO are well-based.

The crux of Defendant's argument is that the AFL-CIO is a totally separate and independent entity from ALPA and therefore is not liable for ALPA's misdeeds in its rep-

---

dant Air Line Pilots Association, International, ("ALPA") and Defendant US Airways Group, Inc., ("US Airways").

resentation of union members. Defendant argues that because its constitution on its face puts a wall between it and ALPA, the failure of Mr. Carswell or his counsel to dismiss the suit requires Rule 11 sanctions. Defendant further argues that "a minimal inquiry" would also have led to the conclusion that the AFL-CIO is not a proper party to these proceedings.

While the AFL-CIO may hold up its constitution and proclaim its independence and innocence, a minimal inquiry into the dealings of the AFL-CIO and ALPA reveals that actions speak louder than words.

Attached hereto is the affidavit and supporting exhibits of Gene H. Carswell, the plaintiff in this matter. The exhibits attached to Mr. Carswell's affidavits are all documents created and/or published by the AFL-CIO and/or ALPA. These documents clearly evidence that:

1.     ALPA maintains a direct link on its web site to the AFL-CIO web site, presumably with the consent of the AFL-CIO.

2.     Former ALPA president Duane Woerth is currently a vice president of the AFL-CIO.

3.     While president of ALPA, Mr. Woerth also was a member of the Executive Council of the AFL-CIO.

4.     Mr. Woerth, as president of ALPA and as a member of the AFL-CIO Executive Council, organized street rallies with the AFL-CIO that took place in December 2005.

5.     The Transportation Trades Department ("TTD") of the AFL-CIO includes ALPA as one of its member unions.

6.    Mr. Woerth sat on the TTD while president of ALPA.  (Exhibit C.)

7.    ALPA and the TTD have made joint submissions to the United States Department of Transportation.  Some of these submissions have been made on ALPA letterhead.  ( See, e.g., Exhibit B, Exhibit F.)

8.    In October 2006, John Prater was voted in as the president of ALPA.  As ALPA's president, Mr. Prater holds a seat on the AFL-CIO's Executive Council.  In fact, "by virtue of [his] election as President of ALPA, [he] automatically became of Vice President of the Transportation Department of the AFL-CIO."  (Exhibit I.)

9.    At an ALPA meeting held earlier this year, Mr. Prater stated: "Captain Woerth and ALPA staff met with the AFL-CIO President John Sweeney and many of the key General Presidents in advance asking for their support of my nomination [to the AFL-CIO Executive Council].  Captain Woerth recommended me and President Sweeney nominated me." (Exhibit I.)

There can be no dispute that the Defendant and ALPA have routinely – and proudly – proclaimed and demonstrated their interaction and solidarity on public issues.  They have continually held themselves out as working together on behalf of pilots.

On the one hand, the AFL-CIO has for years seduced rank and file members like Mr. Carswell into believing that it is working for the pilots' interests.  Yet now, when called to account for its actions, the Defendant throws up the shield of its constitution and attempts to distance itself from ALPA and all of ALPA's actions.  It claims that Mr. Carswell should ignore its actions and that his failure to ignore the Defendant's public actions and proclamations should subject him to sanctions.

4

Fed.R.Civ.P. 11(b)(3) provides that sanctions are not appropriate when "the allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery."  Mr. Carswell maintains that in light of the grossly contradictory actions and statements of the Defendant, sanctions are not appropriate (assuming, of course, that the court grants Defendant's motion to dismiss) and that instead, he should be given a reasonable opportunity to discover the real relationship between the Defendant and ALPA, as set forth more fully in his opposition to the AFL-CIO's motion to dismiss.

WHEREFORE, Mr. Carswell respectfully requests that the AFL-CIO's motions for sanctions be denied.  A proposed Order is attached hereto.

Dated: August 30, 2007                    Respectfully submitted,

                                          /s/ Rosemary Dettling
                                          Rosemary Dettling (DC Bar 441483)
                                          3120 Brandywine Street, NW
                                          Washington, DC 20008
                                          (202) 362-1988 (Telephone)
                                          (888) 241-6719 (Facsimile)

                                          /s/ Joanne D. Donohue
                                          Joanne D. Donohue (DC Bar 370569)
                                          Pro hoc vice
                                          16848 Hamilton Station Road
                                          Hamilton, Virginia 20158
                                          (540) 338-4841 (tel. and fax)

                                          Counsel for Plaintiff, Gene H. Carswell

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of August, 2007, the foregoing Plaintiff's Opposition to the Motions for Sanctions of the American Federation of Labor and Congress of Industrial Organizations together with a proposed Order were served by ECF upon:

David M. Semanchik
Granville C. Warner
Air Line Pilots Association International
535 Herndon Parkway
Herndon, Virginia 20170
Counsel for Defendant Air Line Pilots Association, International

Leon Dayan
Joshua Shiffrin
Bredhoff & Kaiser, PLLC
805 Fifteenth Street, NW
Washington, DC 2005-2207
Counsel for AFL-CIO

Thomas B. Almay
Mark A. Dombroff
Mark E. McKinnon
Dombroff Gilmore Jacques & French, PC
1676 International Drive – PH
McLean, Virginia 22102
Counsel for US Airways Group, Inc.

and by First-Class Mail to

Erin Flaherty Lewin, Esquire
*Pro hoc vice*
US Airways Group, Inc.
111 W. Rio Salado Parkway
Tempe, Arizona 85281

<div align="right"><u>/s/ Joanne D. Donohue</u></div>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GENE H. CARSWELL, et al.                                        :
 individually and on behalf of all others                      :
 similarly situated,                                           :
                                                               :
        Plaintiff,                                             : Civil Action No. 1:07-cv-00651
                                                               :
AIR LINE PILOTS ASSOCIATION,                                   : Judge Reggie B. Walton
 INTERNATIONAL, et al.                                         :
                                                               :
        Defendants.                                            :

AFFIDAVIT OF GENE H. CARSWELL
IN SUPPORT OF HIS OPPOSITION TO THE MOTIONS FOR SANCTIONS
FILED BY DEFENDANT, THE AMERICAN FEDERATION OF LABOR
AND CONGRESS OF INDUSTRIAL ORGANIZATIONS

        The undersigned, being duly sworn, deposes and states:

1.      I am over eighteen years old, have personal knowledge of the facts stated herein
and am competent to testify to the facts as stated herein.

2.      In April 1977, I began working as a commercial air pilot for Pacific Southwest
Airlines.  Pacific Southwest Airlines subsequently merged with US Air Group.  US Air
Group thereafter changed its name to US Airways, Inc., ("US Airways").

3.      I continued to work for US Airways until US Airways terminated my employment
in February 2007 after I turned sixty years old.

4.      The Airline Pilots Association, International, ("ALPA") is the recognized exclu-
sive bargaining agent for US Airways pilots.  During my employment with US Airways, I
was a member in good standing of ALPA and paid my dues accordingly.

5.     It is and has been my understanding that ALPA has a duty of fair representation to me and other pilots and that ALPA was required to work in the best interests of all pilots employed by US Airways.

6.     It is and has been my understanding that a portion of my union dues paid to ALPA have been paid by ALPA to the American Federation of Labor and Congress of Industrial Organizations ("AFL-CIO").

7.     It is and has been my understanding that having received this money from ALPA, that the AFL-CIO would also be required to support the best interests of US Airways pilots like myself.

8.     While I have been a member of ALPA, the AFL-CIO has maintained a presence with ALPA.  For example, the homepage of the ALPA web site, www.alpa.org, maintains a direct link to the AFL-CIO web site.

9.     The Transportation Trades Department, ("TTD") of the AFL-CIO includes ALPA as an "affiliate union."  Attached hereto as Exhibit A, is a page from the TTD web site (www.ttd.org) which states that "TTD represents the interests of several million aviation, rail, transit, trucking, highway and longshore workers before Congress, the Executive Branch and independent agencies."  Clicking on the link to "32 member unions" takes the reader to the list of member unions.  ALPA is the first listed member union.

10.     In June 2001, ALPA and TTD submitted their joint comments to the United States Department of Transportation ("DOT"), as part of a Notice of Proposed Rulemaking.  A copy of those joint comments is attached hereto as Exhibit B.

11.     The joint comments of ALPA and TTD were signed by Duane E. Woerth, the then-current president of ALPA.

2

12.    On June 28, 2001, Mr. Woerth made a speech at the International Aviation Club. Attached hereto as Exhibit C is a portion of Mr. Woerth's speech where he states on the second page of Exhibit C:  "But I do think it's important as the president of the largest pilot union in the world, <u>also as a member of the AFL-CIO Executive Council and Vice President of the AFL's Transportation Trades Department,</u> to try to put ALPA's views in a context to which, hopefully, most of you can relate."  (Emphasis added.)

13.    On September 20, 2001, Mr. Woerth appeared before the Committee on Commerce, Science and Transportation of the U.S. Senate on Aviation Security.  A copy of the relevant portion of Mr. Woerth's remarks are attached hereto as Exhibit D.  At that time, Mr. Woerth represented to the United States Senate: "I am the President of the Air Line Pilots Association, International . . . I am also here today representing the Transportation Trades Department of the AFL-CIO, of which I am an Executive Vice President."

14.    On September 21, 2004, Mr. Woerth once again addressed the International Aviation Club.  A copy of the relevant portions of his remarks are attached hereto as Exhibit E.  At that meeting, Mr. Woerth sought the assistance of his listeners, stating, "Help me and my fellow union presidents who make up the Transportation Trades Department of the AFL-CIO . . ."

15.    ALPA and the TTD, AFL-CIO have jointly filed other documents with public agencies.  On December 9, 2004, ALPA and the TTD, AFL-CIO electronically submitted comments to DOT on Docket No. OST-2003-15245.  A copy of the relevant portions of this submission is attached hereto as Exhibit F.  This joint submission by ALPA and TTD, AFL-CIO was made on ALPA letterhead and jointly signed by Mr. Woerth as President of ALPA and Edward Wytkind, President of TTD.

16.    Another article I have taken from the ALPA web site (attached hereto as Exhibit G) describes Mr. Woerths' actions taken on behalf of ALPA and the AFL-CIO in December 2005.  I note that in the fourth paragraph of this article, it states: "AFL-CIO President John Sweeney, with the help of his executive board, including Capt. Woerth, organized the event to take place throughout America."

17.    In October 2006, John Prater was elected president of ALPA.

18.    On March 6, 2007, ALPA announced that Mr. Prater was elected to the AFL-CIO Executive Council and that he was to serve as an AFL-CIO Vice President.  Attached hereto as Exhibit H is a copy of the press release from the ALPA web site.

19.    Another document that I retrieved from the ALPA web site is attached hereto as Exhibit I.  This document reflects statements made by Mr. Prater in a report to the ALPA Executive Board approximately five months after his election as president of ALPA.  On page 8 of his remarks, Mr. Prater states how as the new president of ALPA, he "automatically became of Vice President of the Transportation Department of the AFL-CIO." Mr. Prater is also on the AFL-CIO Executive Council.

20.    In March 2007, Mr. Woerth was recognized by the AFL-CIO for his leadership within ALPA and with the AFL-CIO as an AFL-CIO Vice President and member of the AFL-CIO's Executive Council.  Attached hereto as Exhibit J is a page from the AFL-CIO's web site lauding Mr. Woerth's accomplishments on behalf of ALPA and the  AFL-CIO.

21.    Based on my knowledge and investigation, it is my belief that ALPA and the AFL-CIO work closely together, share information and use funds from dues paid to ALPA to promote discriminatory practices such as the Age 60 Rule.

22.    Based on my knowledge and investigation, it is my belief that ALPA, US Airways Group, Inc. and the AFL-CIO have colluded to deprive older pilots of their livelihood.


     I, Gene H. Carswell, hereby swear and affirm under the penalties of perjury that the contents of the foregoing Affidavit are true and correct to the best of my information, knowledge and belief.

*/s/Gene H. Carswell*
Gene H. Carswell

Date:   August 29, 2007

5

About TTD

Welcome to the web site of the Transportation Trades Department (TTD). AFL-CIO.

TTD, founded in April 1990, is an umbrella organization of the American Federation of Labor and Congress of Industrial Organizations (AFL-CIO).  TTD represents the interests of several million aviation, rail, transit, trucking, highway and longshore workers before Congress, the Executive Branch and independent government agencies.  Through TTD, the working men and women who are represented by the Department's 32 member unions have a strong, united voice in Washington, D.C.

Please explore further to learn how we are working to secure high-skill, high-paying jobs, protect workers' rights, improve transportation safety and ensure adequate funding for our nation's transportation infrastructure.

President

Secretary-Treasurer

Carswell v. ALPA et al.
CA No. 1:07-cv-00651
Carswell Affidavit to Opp. to AFL-
CIO Motion to Dismiss
Exhibit A

ORIGINAL

DEPT. OF TRANSPORTATION
DOCKETS

07 JUN 14  PM 5:01

BEFORE THE
DEPARTMENT OF TRANSPORTATION

132569

| | |
|---|---|
| Federal Aviation Administration ) | |
| ) | |
| In the Matter of: ) | |
| ) | Docket No. FAA-2000-8431-4 |
| Antidrug And Alcohol Misuse Prevention ) | |
| Programs For Personnel Engaged In ) | |
| Specified Aviation Activities ) | |
| Notice No. 00-14 ) | |
| ) | |

| | |
|---|---|
| Coast Guard ) | |
| ) | |
| In the Matter of: ) | Docket No. USCG-2000-7759-5 |
| ) | |
| Chemical Testing ) | |
| ) | |

| | |
|---|---|
| Research and Special Programs ) | |
| Administration ) | |
| ) | |
| In the Matter of: ) | Docket No. RSPA-00-8417-4 |
| ) | |
| Drug And Alcohol Testing For Pipeline ) | |
| Facility Employees ) | |
| Notice No. 1 ) | |

| | |
|---|---|
| Federal Railroad Administration ) | |
| ) | |
| In the Matter of: ) | Docket No. FRA-00-8553-2 |
| ) | |
| Control Of Alcohol And Drug Use: ) | |
| Proposed Changes To Conform With New ) | |
| DOT Transportation Workplace Testing ) | |
| Procedures ) | |
| Notice No. 48 ) | |

Carswell v. ALPA et al.
CA No. 1:07-cv-00651
Carswell Affidavit to Opp. to AFL-
CIO Motion to Dismiss
**Exhibit B**

Federal Motor Carrier Safety Administration )

In the Matter of:                          )
                                           )        Docket No. FMCSA-2000-8456 — 12
Controlled Substances And Alcohol Use      )
And Testing                                )
                                           )
_____)


_____
Federal Transit Administration             )
                                           )
In the Matter of:                          )
                                           )        Docket No. FTA-2000-8513 — 39
Prevention Of Alcohol Misuse and           )
Prohibited Drug Use in Transit Operations  )
                                           )
_____)


## COMMENTS OF
## THE AIR LINE PILOTS ASSOCIATION
## AND
## TRANSPORTATION TRADES DEPARTMENT, AFL-CIO


CAPTAIN DUANE E. WOERTH, President
JONATHAN A. COHEN, Director, Legal Dept.
SUZANNE L. KALFUS, Senior Attorney, Legal Dept.
AIR LINE PILOTS ASSOCIATION
1625 Massachusetts Avenue, NW
Washington, DC  20036
Telephone:  (202) 797-4095

EDWARD WYTKIND, Executive Director
TRANSPORTATION TRADES DEPARTMENT, AFL-CIO
888 16th Street, N.W., Suite 650
Washington, D.C. 20006
Telephone:  (202) 628-9262

**COMMENTS OF
THE AIR LINE PILOTS ASSOCIATION AND
THE TRANSPORTATION TRADES DEPARTMENT
OF THE AFL-CIO**

**Introduction and Summary**

The Air Line Pilots Association ("ALPA") is the principal labor union representing the nation's commercial pilots. It represents more than 66,000 pilots at 47 airlines in the United States and Canada. The Transportation Trades Department of the AFL-CIO ("TTD") is an organization of the AFL-CIO comprised of 33 unions that represent employees in the transportation industries.[1]  ALPA submits these comments on its own behalf and on behalf of TTD in response to the above-captioned Notice of Proposed Rulemaking ("NPRM").

ALPA and TTD maintain their opposition to mandatory "validity" testing in the manner in which DOT is seeking to implement it.  We remain concerned that validity testing lacks fundamental safeguards, fails to meet acceptable scientific standards and continues to present an unacceptable risk to innocent employees.

Recent history has shown that innocent workers have been falsely reported to have adulterated or substituted their urine samples, and have been terminated from their jobs as a result.  The severe consequences to an individual accused of tampering with his or her specimen demands that any such testing be in accordance with the highest standards of forensic science and due process.

---

[1] The unions represented by TTD are listed in the attachment to these Comments.

information by requesting or attempting to insist on confidentiality agreements or protective orders. As a matter of public policy, such information should be publicly accessible to aid employees in identifying faulty testing procedures that may have caused the reporting of erroneous test results. DOT's greater interest should be in safeguarding the integrity of the testing program – not in protecting pecuniary interests of certain laboratories. The regulations should state that access to such information is required and that any attempts to shield such disclosure is not permissible.

CAPT. DUANE E. WOERTH, President
JONATHAN A. COHEN, Director, Legal Dept.
SUZANNE L. KALFUS, Senior Attorney, Legal Dept.

AIR LINE PILOTS ASSOCIATION
1625 Massachusetts Avenue, NW
Washington, DC  20036
Telephone:  (202) 797-4095

EDWARD WYTKIND, Executive Director

TRANSPORTATION TRADES DEPARTMENT, AFL-CIO
888 16th Street, N.W., Suite 650
Washington, D.C. 20006
Telephone:  (202) 628-9262

Dated:  June 14, 2001

**Speech by Duane E. Woerth**

**At the International Aviation Club**

June 28, 2001

Thank you for inviting me. The International Aviation Club provides an important opportunity for industry participants and government policy makers to exchange points of view.

Speakers at luncheons like this, need at the outset to make fundamental choices. Before you even attempt to focus your remarks, you need to decide first if you want to:

A. Simply repeat numerous well known public positions of your institution and, therefore, take minimum personal business or political risks, or

B. Pick the issue du jour or your favorite political ax and grind away on that, or

C. Which is actually only a variation of choice B – use the opportunity to vent your frustration over your issue du jour and suggest aggressive governmental action that may or may not be plausible but it at least allows the speaker to vent publicly in front of an august body which is much more satisfying than simply beating up your own staff in your office or board room.

For example, at these luncheons over my eleven years in Washington, I have watched CEOs of British Airways long list of U.S. partners first plead for the U.S. to cave in to British demands; and then, after being jilted, vent their understandable frustrations. Some have even called for the renunciation of the U.K. bilateral to punish their promiscuous former partners.

Actually, these CEOs have nothing to be ashamed of. In fact, their frustrations have been shared by very distinguished company. While I was reading David McCullough's biography of John Adams, I stumbled across a very revealing section of the book that may hold historical significance for all of us gathered here today.

As you remember, John Adams was the principal negotiator of the Treaty of Paris that concluded the American Revolutionary War. Following that, he became the first real American Ambassador to Great Britain while Thomas Jefferson served as Ambassador to France.

Adams, in one of his many letters to Jefferson, vented his frustrations over negotiating with the British. He was convinced, after meeting with British Prime Minister William Pitt, that in direct violation of the Treaty of Paris, the British would never willingly give up their "forts." He went on to say that when he talked of "commercial reciprocity," the British thought him naïve.

Carswell v. ALPA et al.
CA No. 1:07-cv-00651
Carswell Affidavit to Opp. to AFL-CIO Motion to Dismiss
**Exhibit C**

Like Jefferson, Adams believed in free trade, but when faced with British intransigence, he began losing hope of ever reaching a trade agreement with the British and cautioned Jefferson, "we must not, my friend, be bubbles of our own liberal sentiments."

At any rate – back to the present.

So which choice did I make for today's luncheon? Did I choose to play it safe? Grind away on my favorite ax or simply vent a little? The answer is either all of the above or none of the above, and only you will be the fair judge of that.

**But I do think it's important as the president of the largest pilot union in the world, also as a member of the AFL-CIO Executive Council and Vice President of the AFL's Transportation Trades Department, to try to put ALPA's views in a context to which, hopefully, most of you can relate.**

That context is shareholder value. For at the end of the day, as a union president I, along with my fellow officers and staff, shall fairly be judged on how we raised, protected or lowered our shareholders value.

If one over-simplified but largely valid measure of executive success is the number of shares outstanding multiplied by the stock price, then an equally over-simplified but valid measure of a union president could be the number of jobs multiplied by contract value.

One of my goals today is to take any mystery out of ALPA's analysis of aviation policy proposals, whether domestic or international. Aviation policy to us is not an academic exercise, it is not a morality play – it's business – big business – gigantic business – the principal driver of the world's largest business which is, of course, travel and tourism.

We make a business judgement, do a risk/reward analysis of a proposal and run it through our litmus test of the probability of raising or lowering our shareholders value, i.e. the number of jobs multiplied by contract value. Over time, this type of business analysis has caused ALPA to change its position on crucial aviation policy matters.

For example, ALPA was a fervent and vocal critic of the United States Open Skies Initiative at the beginning of the 1990s. We criticized the Open Skies agreement with the Netherlands for abandoning the "balance of benefits" principle that was the basis for most bilaterals since the Chicago Convention. Furthermore, we predicted that the policy of encirclement would fail. We were wrong. With the notable exception of the United Kingdom, it has succeeded.

We continued to analyze the industry as it evolved into an alliance-based strategy and by the mid-1990s ALPA openly supported the principles outlined by Secretary Pena in his Open Skies policy.

STATEMENT OF
CAPTAIN DUANE WOERTH
PRESIDENT
AIR LINE PILOTS ASSOCIATION, INTERNATIONAL

BEFORE THE
COMMITTEE ON COMMERCE, SCIENCE, AND TRANSPORTATION
U.S. SENATE
ON
AVIATION SECURITY

SEPTEMBER 20, 2001

Good morning, Mr. Chairman and members of the Committee. My name is Duane Woerth and I am the President of the Air Line Pilots Association, International. ALPA represents 67,000 airline pilots who fly for 47 airlines in the U.S. and Canada. In addition, I am also here today representing the Transportation Trades Department of the AFL-CIO, of which I am a Executive Vice President.

It is an honor to be able to speak to you today, but I sincerely wish that I could do so under more pleasant circumstances. Before last Tuesday, most of us could not have imagined the possibility of the horror that occurred on that day.

Our hearts, thoughts and prayers are with the families and friends of those killed as a result of the four separate aircraft hijackings. We have lost pilots and flight attendants from our ranks who, though gone, will never be forgotten. The survivors of the Attack on America, as it has been called, must now work diligently to ensure that our beloved country, and its airline industry, are protected from further acts of terrorism.

One of the lessons of this tragedy has been that the nation truly does rely upon the aviation industry as the "wings" of our economy. Without a strong airline industry, our economy is in serious peril. With that thought in mind, I want to inform you that we are striving to do all that we can to help the industry get back into the air and we urge the Administration and Congress to do likewise. I am certainly proud to inform you that union pilots and flight attendants demonstrated a "can do" spirit and a willingness to return to work shortly after the events of the 11th in order to get the aviation system running again.

General Comments

Prior to the events of last Tuesday, the aviation security community was generally opposed to the concept of adopting a "fortress" mentality to protect our airlines and airports. The use of tall security fences, highly visible armed police officers roaming the airport terminal, hand searches of bags, interviewers asking probing questions of passengers, and other such measures were thought to be incompatible with commercial aviation in a free society.

It is probably safe to say that the entire aviation industry, including most in the government, traveling public, airlines, airports, and perhaps, even crewmembers, enjoyed a false sense of security before September 11th. I suspect that many of us

Carswell v. ALPA et al.
CA No. 1:07-cv-00651
Carswell Affidavit to Opp. to AF
CIO Motion to Dismiss
Exhibit D

International Aviation Club
September 21, 2004

Good afternoon. I am pleased to have this opportunity to address the IAC. This club's membership is very much composed of those individuals who consider, develop and execute the government and private sector policies and plans that drive a most critical sector of the air transport industry. It is a privilege to be here.

As some of you know, I have a home on the central west coast of Florida. This year has been a record year for hurricanes and already I've been visited by Charlie and Frances and Ivan waved as he went by. I can't say that being in Washington has provided much respite. Every week has brought new airline storms of sorts -- bankruptcies; rising fuel prices; pension plan crises. But as this is the International Aviation Club, I will focus on international issues, and, in particular, on some of the meteorological challenges posed by the recent US-EU air services negotiations -- which might have been dubbed "Hurricane Loyola" by some. Threats of renunciation. Threats to hold hostage Open Skies agreements for the new EU member states.

I leave it to you to evaluate the hurricane analogy, but let's do some assessment while we're between storms.

A good place to begin might be with looking at the realistic economic value of what might be brought about by the regulatory changes contemplated by the EU's open aviation area proposal. Before the talks began, the European Commission commissioned an economic study to estimate this value. As far as I know, no one on the US side has done a comprehensive assessment of that study or a comparable analysis. But I think such an assessment should be undertaken because the EU proposals would require changes in some fundamental components of the regulatory regime and could have a negative effect on a number of interest groups. Not surprisingly, there has been much talk about leveling the playing field. Apparently a person's view on how unlevel the playing field currently is or in which direction it is tilted, depends on where he or she is sitting.

From a jobs perspective the current Open Skies and code share alliance regimes have produced more transatlantic block hours and available seat miles flown by US crews; i.e., more transatlantic jobs. However, and this is a big however, these regimes have produced significantly more transatlantic block hours and available seat miles flown by European crews.

A few examples may be helpful here. Following the German Open Skies Agreement, United added over 120 monthly operations. Lufthansa added over 400 monthly operations. To be sure other US carriers grew their German operations as well but their growth paled in comparison to Lufthansa's.

Carswell v. ALPA et al.
CA No. 1:07-cv-00651
Carswell Affidavit to Opp. to AFL-
CIO Motion to Dismiss
**Exhibit E**

Club members are attorneys or consultants who are required to advise their clients on potential risks in international business ventures. And when risk is to be taken you insist upon reliable, enforceable dispute resolution mechanisms. International commercial business law provides such mechanisms. The current state of labor law does not.

Help me and my fellow union presidents who make up the Transportation Trades Department of the AFL-CIO change that unsatisfactory fact, and you may very well shake up the political calculus about foreign ownership.

Former Governor Baliles, who as you know chaired the National Commission to Ensure a Strong Competitive Airline Industry, wrote in a September 9th editorial printed in Aviation Daily that labor and security issues are real and must be addressed up front if progress is to be made on foreign investment. With that Governor Baliles and I are in total agreement.

Thank you for your kind attention.

**AIR LINE PILOTS ASSOCIATION, INTERNATIONAL**

535 HERNDON PARKWAY ☐ P.O. BOX 1169 ☐ HERNDON, VIRGINIA 20172-1169 ☐ 703-689-4326
888-FLY-ALPA (888-359-2572) ☐ FAX 703-481-2478

December 9, 2004

**VIA ELECTRONIC TRANSMISSION**

Docket Management System (SVC-124)
U.S. Department of Transportation
Room PL-401, 400 Seventh Street, S.W.
Washington, D.C. 20590-0001

Re:     Docket No. OST-2003-15245

Dear Sir or Madam:

The Air Line Pilots Association ("ALPA") is the principal labor union representing the nation's commercial pilots. It represents more than 64,000 pilots at 42 airlines in the United States and Canada. The Transportation Trades Department, AFL-CIO ("TTD") is comprised of 35 unions that represent millions of employees in transportation industries. The unions affiliated with TTD are listed in Attachment A to these Comments.

ALPA submits these comments on its own behalf and on behalf of TTD in response to the above-referenced docket pertaining to the Interim Final Rule governing Procedures for Transportation Workplace Drug and Alcohol Testing Programs, 69 Fed. Reg. 64865 (November 9, 2004). While ALPA and TTD maintain their objections to mandatory validity testing as stated in our prior comments, we believe that if validity testing is permitted any such testing should be required, at a minimum, to comply with the scientific standards and procedural safeguards set forth in the Department of Health and Human Service's Mandatory Scientific Guidelines.

We are particularly glad to see that HHS and DOT are now recognizing that individuals producing ultra-dilute urine whose creatinine levels fall between 2.0 and 5.0 mg/dL will not be treated as rule violators and will not be reported as having "substituted" their samples. This recognition is long overdue, and unfortunately has come only after innocent employees have been wrongly identified as rule violators. Some of these employees have been able to regain jobs only after substantial expenditures of time and money, while others' careers remain terminated. We once again strongly urge DOT to make this regulatory change retroactive, and deem any such prior reported results null and void and without any adverse effect.

Carswell v. ALPA et al.
CA No. 1:07-cv-00651
Carswell Affidavit to Opp. to AFL-CIO Motion to Dismiss
**Exhibit F**

Docket Management System
U.S. Department of Transportation
December 9, 2004
Page 3


    In the face of the actual data demonstrating that unsuspecting individuals have creatinine
as low as 1.9 mg/dL, the absence of any scientific support for an absolute cutoff, and in light of
the grave harm suffered by real individuals who produce urine below the agency cutoff, we
strongly urge that the approach of branding individuals whose creatinine is below 2.0 mg/dL also
be reconsidered by DOT in its upcoming rulemaking.

                        Respectfully submitted,



CAPT. DUANE E. WOERTH, President
JONATHAN A. COHEN, Director, Legal Dept.
SUZANNE L. KALFUS, Sr. Attorney, Legal Dept.
AIR LINE PILOTS ASSOCIATION, INT'L
535 Herndon Parkway
Herndon, VA 20170
Phone: 703-689-4324


EDWARD WYTKIND, PRESIDENT
LARRY WILLIS, GENERAL COUNSEL
TRANSPORTATION TRADES
        DEPARTMENT, AFL-CIO
888 16th Street, N.W., Suite 650
Washington, DC 20006
Phone: 202-628-9262

ington, D.C., the weather almost balmy. Cincinnati, Ohio, was stone cold, and snow crunched underfoot. In Bloomington, Minn., and Milwaukee, Wisc., the venues were indoors. But the will and energy were the same everywhere that week: airline pilots standing with tens of thousands of other union members to say that they will not lie down while their rights are trampled in today's anti-worker environment.

In response to a call by ALPA's president, Capt. Duane Woerth, ALPA pilots and staff came out in force for street rallies organized worldwide by the AFL-CIO during the week leading up to International Human Rights Day on Dec. 10, 2005. The date marked the anniversary of the ratification of the United Nations' 1948 Universal Declaration of Human Rights, which includes the right to form unions.

Capt. Woerth participated in two of the rallies—with pilots from Continental, Delta, FedEx, Northwest, Polar, United, and US Airways in Washington, D.C., on Dec. 8, 2005, and with ASTAR, Comair, and Delta pilots in Cincinnati on December 9. The Bloomington event was an all-Northwest Airlines union rally at the

ber 7. In Milwaukee, Midwest Airlines pilots joined 400 people from a variety of unions in speeches and stories of union-building and union-busting.

AFL-CIO President John Sweeney, with the help of his executive board, including Capt. Woerth, organized the event to take place throughout America. "In light of the way things are going in America for the trade union movement, we've got to get back out into the streets, in the old-fashioned way," Capt. Woerth said.

"Any time you want to force change in the political process, you can't just e-mail, or write letters, or gripe in your small circles in the cockpit or the crew room. I've said it over and over again: Democracy is not a spectator sport. Democracy demands street action, and you can't just do it in Washington, D.C. You need to be out to get local [news] media coverage, to make your local politicians—whether they be the mayor or the governor or the members of Congress who come back to Washington—see people marching in their own streets and interviewing in their own local newspapers. Then they will begin to understand it is not just a Beltway issue. This is something that is going on out in the heartland."

fold, and they range across the board for the entire labor movement, from the right to organize to the right to retain benefits already bargained for. Many of the speakers urged passage of the Employee Free Choice Act, federal legislation that would allow workers to form unions after a majority has signed authorization cards.

The ALPA pilots and staff carried signs shaped like shields with ALPA logos on one side and broadcasting the Association's current issues with three-word slogans on the flip sides: "Honor Our Contract." "Protect My Retirement." "Hold CEOs Accountable." "No Foreign Ownership." "End Bankruptcy Abuse." Pilots have learned that the philosophies of leaders and politicians fuel their decisions—decisions that have positive or negative outcomes for pilots—and now is the time to hold the administration, CEOs, bankruptcy judges, and Congress accountable for their actions.

### Washington, D.C.
Hundreds of demonstrators—airline pilots, teachers, government workers, communications workers, building trades workers—rallied in front of the AFL-CIO building and then marched



# ALPA Pilots Take To the Streets
**Labor movement issues a call to arms.**
By Susan Burke, Publications Specialist

Carswell v. ALPA et al.
CA No. 1:07-cv-00651
Carswell Affidavit to Opp
CIO Motion to Dismiss
**Exhibit G**

to the White House to present a petition to President Bush to support workers' freedom to form a union. The petition was refused.

Capt. Chris Baker, the FedEx MEC secretary-treasurer, who came from Memphis to join the rally, said in an interview afterward, "When the march leaders took that petition to the front gate of the White House and they wouldn't accept it, that shed a whole new light on what our country has become.

"I'm seeing that to achieve things, we have to become active, to put ourselves out," he said. "It may be inconvenient, but it has to be done. That this was a rally involving many different labor sectors was attractive to me. We get so myopic, looking just at pilot groups, but this issue is much broader, it's a labor issue. I felt good doing something positive not just for me, not just for pilots, but for America."

Capt. Bill Pollock, US Airways MEC chairman, concurred in a recent interview. "It was a great opportunity to hear not only from Duane [Woerth], but also from other union presidents who have their own unique viewpoint on what is happening to labor.

"For US Airways pilots, in the last three years we've had two bankruptcies and three painful rounds of negotiations, which extracted our pensions and benefits while we watched short-term executives walk away with millions. We saw the heavy hand of the Bush administration using government agencies to force us to give up things you wouldn't think we would have to give up in a country that purports to honor family values. Pensions that pilots had already earned were forced to be terminated.

"The message from the rally was that we do stand shoulder-to-shoulder with workers across America, and not just organized workers, but workers everywhere who also face the possibility of waking up to the loss of their pensions and healthcare benefits," Capt. Pollock said. "As long as this onslaught is coming from the administration, I hope we're ready to take our message to the streets."

First Officer Kate Malone, the newly elected secretary-treasurer of Continental's Newark council and a long-time grievance representative for her



ALPA pilots marching through the streets of Cincinnati, Ohio, include Capt. Duane Woerth (center) with, from left to right, S/O Ted Thilly, ASTAR MEC secretary-treasurer; F/O Brendan Harkin (Comair); Capt. J.C. Lawson, Comair MEC chairman; and Capt. William Baker (Comair).

base, came down to D.C. for the march.

"I viewed this rally in front of President Bush's place of work as a chance to call attention to the erosion of workers' rights," she told *Air Line Pilot*. "I was there particularly on behalf of my pilot group. To work with the management team to save our airline, we just signed a concessionary contract, and that agreement has already been violated. It's very discouraging.

"Being at the rally provided an energizing force and a realization that there really is strength in numbers," F/O Malone said. "Even though not a lot of Continental pilots were there, I hope that in the coming year we can build up that momentum. I believe that labor is under attack, and we need to take back the things we have lost, things that our predecessors, including many of the pilots I fly with, had already fought for and won."

Capt. Woerth told the assembled crowd, "When ALPA's founders first came together to form this Association back in 1931, they had to meet secretly and hide their identities for fear of reprisal. . . .

"Seventy-five years later, we're seeing management, including in our industry, use many of those same tactics—a situation fostered by our government's obvious lack of regard for the rights of workers, as evidenced here today. If we have any hope of preserving those rights, we must have the courage to stand together with our

brothers and sisters and fight to protect those rights."

### Cincinnati, Ohio

The temperature was about 12 degrees F, with snow the night before, but that didn't deter about 200 union members—pilots, steelworkers, construction workers, janitors—from gathering at noon in Piatt Park and marching to City Hall, the Delta call center, and the head office of a janitorial service to make their point about workers' rights.

Capt. J.C. Lawson, chairman of the Comair MEC and ALPA executive vice-president, and Capt. Woerth both spoke to the crowd, covered by most of the major news media in Cincinnati.

"I liked that we were with other labor groups and that both Delta and Comair pilots were there," Capt. Lawson said in an interview. "As I said in my speech in front of the Delta call center, the uniforms are different but the issues are the same. There's a wave in this country that we're not in control of. This property [Comair] is stealing, in effect, and they seem to have free rein to do that.

"I want to give Duane [Woerth] credit, he really started it off," Capt. Lawson said. "He was in their face, and in the end so was I, and so were the other union leaders, because it's a passionate subject."

Capt. Buzz Hazzard, vice-chairman of the Delta MEC's Communications

Committee, coordinated with the AFL-CIO's Bridget Doherty to help organize the rally here. "When I told her Duane Woerth was coming, she was excited that the president of our national union would show up. This isn't much of a union town, frankly, and the support was a shot in the arm.

"The importance of the event was getting everybody to realize that all these organizations are under the bigger umbrella of labor, from the janitors who are not making much more than minimum wage to the airline pilots who are nearer the other end of the spectrum," Capt. Hazzard said. "It was a time of union building. I heard the steelworkers and the janitors were very responsive to Duane's words: We are all labor."

## Milwaukee, Wisc.

More than 400 workers, including pilots from Midwest Airlines, gathered at American Serb Hall to hear, firsthand, stories of obstructions and challenges to organizing.

First Officer Craig Moffatt (Midwest) told how anti-union rhetoric remained in company publications long after ALPA had come on the property, and then his own story: a combat veteran with 12,000 hours of flying time, he had worked for Midwest for 6 years with no problems, when he suddenly was told he had failed a checkride and was subsequently fired. He had previously served as



**Midwest Airlines MEC chairman, Capt. Jay Schnedorf, right, gets acquainted with a union steelworker during the Milwaukee rally.**

ALPA's negotiating chairman at the airline.

"It feels like your world has been torn asunder," he said, adding that "organizing is not for the weak. It's Hardball 101." After years of going through the courts just to compel management into contract-required arbitration, he was ultimately restored to his former position. F/O Moffatt said

later during an interview, "I would say to a guy who is down on his union that, in my specific case, the MEC was very faithful—to me personally, to my cause, and to enforcing the contract. And it ultimately salvaged my career."

After stories from a hospital worker, a migrant worker, a school bus driver, and an engineer, among others, the evening ended with the singing of "Solidarity Forever" and adjourning to the back of the ballroom for hot wings and cheese, courtesy of ALPA. "The blue-collar guys went to the bar and drank beer," reported ALPA Communications Specialist Rusty Ayers. "Our uniformed ALPA guys drank Diet Cokes."

Capt. Jay Schnedorf, Midwest MEC chairman and ALPA executive vice-president, said in an interview before the rally that bringing ALPA onto the property was accomplished "through a lot of hard, dedicated work and a lot of sacrifice, personal sacrifice" by pilots who were slandered, harassed, and even intimidated with subtle and not-so-subtle threats of being fired during the organizing effort.

## Bloomington, Minn.

The Northwest Airlines rally was a cooperative effort that began when Machinists President Bobby DePace called the Northwest MEC chairman, Capt. Mark McClain, about taking action to protest management's attempt to use the bankruptcy process to outsource thousands of jobs. They planned a rally that was timed perfectly with broader AFL-CIO events.

About 300 fired-up Northwest employees from ALPA, the International Association of Machinists, the Professional Flight Attendants Association, the Aircraft Technical Support Association, the Northwest Airlines Meteorology Association, and the Transport Workers Union attended the rally in the Ramada's convention center.

Management has proposed to

> "The event in December 2005 wasn't the end of an idea, it was the beginning, and we're going to have more rallies throughout the spring, summer, and fall, leading up to the congressional elections, to effect positive change."
> —Capt. Duane Woerth, ALPA President

outsource 70- to 100-seat flying to a subsidiary, to replace current DC-9 flying. Capt. McClain, who was interviewed by major newspapers in Minneapolis and St. Paul, as well as the Associated Press and Minnesota Public Radio, said, "A well-employed working class has been the backbone of this nation. This continued assault on working America tears at the very fabric of our society.

"Northwest pilots have already given $480 million in annual concessions since December 2004," he said. "That includes two separate pay cuts totaling 39 percent. Northwest pilots' historic sacrifices over the past two years were made to help Northwest, to bring more jobs back to Northwest, not to start a new company that could be sold, along with those jobs, in the near future."

## Looking ahead

Capt. Woerth, looking back recently on the week of rallies, began looking ahead: "From the Colonial period until now, people have taken to the streets, whether it was the Boston Tea Party or a march for voting rights, to get people's attention, to force action.

"The event in December 2005 wasn't the end of an idea," he said, "it was the beginning, and we're going to have more rallies throughout the spring, summer, and fall, leading up to the congressional elections, to effect positive change."

*Communications Specialists Rusty Ayers and Will Holman contributed to this story.*



AIR LINE PILOTS ASSOCIATION, INTERNATIONAL
1625 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D.C. 20036

703-481-4440
MEDIA@ALPA.ORG
WWW.ALPA.ORG

Release #07.016
March 6, 2007

**ALPA President Elected to AFL-CIO Executive Council**

WASHINGTON, D.C.—The AFL-CIO Executive Council unanimously elected Air Line Pilots Association, International (ALPA) President, Capt. John Prater, on Tuesday to serve as an AFL-CIO Vice President.

"I am honored to serve the AFL-CIO in this role," Prater said. "The leadership and strength that ALPA brings to the labor movement allows us to leverage our combined resources to better pilots' wages, benefits, and working conditions."

The AFL-CIO Executive Council guides the daily work of the federation and meets at least twice a year to consider important union movement business and policies. Meeting this week in Las Vegas, the group is currently considering important pilot issues, including the U.S./EU Open Skies agreement.

AFL-CIO President John Sweeney made Prater's nomination the first order of business. Former ALPA President, Capt. Duane Woerth, nominated Prater.

The council regularly issues statements on legislative measures affecting the interests of working families, ongoing struggles for justice for workers, and more. For more information, please visit www.afl-cio.org.

# # #

Founded in 1931, ALPA is the largest pilot union, representing 60,000 cockpit crewmembers at 40 airlines in the U.S. and Canada. Visit the ALPA Website at http://www.alpa.org.

ALPA CONTACT: Pete Janhunen, Linda Shotwell: (703) 481-4440

Carswell v. ALPA et al.
CA No. 1:07-cv-00651
Carswell Affidavit to Opp. to AFL-
CIO Motion to Dismiss
**Exhibit H**

Capt. John Prater,
President
Executive Board Report


I'd like to begin my report with a thank you to everyone in this room. I will talk a lot about our efforts these first 5 months and I do mean "our."

In January, I asked the Executive Council to establish and prioritize our efforts to take our union to the members. You have been instrumental in launching these initiatives in coordination with your MECs. You've been with us on the road; you've been with us at demonstrations; and you have been with us on picket lines. We have listened to the concerns and suggestions of our members. We have debated and educated ourselves on the issues we confront as a Union of aviators. Together we have flown our Union and our members onto a new course.

The ALPA "Takin It Back" roadshows provided us an opportunity to see our members listening, watching and participating in their union. While we are pushing the limits of our staff, volunteers and financial resources with these events, we are all dedicated to ensuring that our members understand the value of solidarity, integrity and tenacity.

As our roadshows crossed this country and Canada, we met with the leaders and members of ALPA pilot groups who were subjected to concessions, bankruptcies, pension losses, mergers, work rule changes, and stagnation or worse — long term furloughs and downgrades. Council after council, airline after airline and pilot after pilot, our ALPA members have told us they are willing to band together to rebuild our profession. They were bent, but not broken, and now want to demonstrate that they are ready for action.

As we meet today, our pilots at USAirways and America West are experiencing the contentious aftermath of a seniority integration arbitration that threatens to give management an upper hand in their joint negotiations. The Executive Council has received hundreds and maybe thousands of emails and calls from the ALPA members directly affected by this merger.

Yesterday, following my invitation to appear before the Executive Council, the representatives of USAirways and America West pilots made presentations. Nearly 400 pilots from USAirways joined their leadership as they asked for ALPA – their Union – Our Union — to lead and find solutions. Many of these pilots asked not for themselves, but for others and for future pilots.

As history has shown us following seniority mergers, the future successes in collective bargaining are found inside of ALPA and the failed mergers wind up with thousands of pilots looking for new jobs. I know we remember the emotions and lawsuits following the mergers of Delta and Western or NWA Republic, PanAm National or TWA Ozark. At each of those carriers, many pilots felt they were merged unfairly.

I know you will join me in recognizing that many of our members have difficulty in understanding and accepting the arbitration award. Therefore, our union has a problem. After

Carswell v. ALPA et al.
CA No. 1:07-cv-00651
Carswell Affidavit to Opp. to AFL-
CIO Motion to Dismiss
**Exhibit I**

## IFALPA

I would defer to comments on RBW efforts at the recent IFALPA meeting but would ask you to join me in recognizing Captain Paul Rice, the new Deputy President of IFALPA, and Captain Dan Adamus, our new North American Vice President.

The world of international aviation is poised to change rapidly and dramatically. Our Union must be the leader in protecting our members' job opportunities. Paul will lead a restructured International Committee designed to ensure we are fully engaged as the world turns.

## AFL-CIO

I wanted to say it publicly here that Captain Woerth was instrumental in holding ALPA's seat on the AFL-CIO Executive Council. By virtue of my election as President of ALPA, I automatically became a Vice President of the Transportation Department of the AFL-CIO but only the Executive Council could vote to seat me as a member of the Council.

Captain Woerth and ALPA staff met with AFL-CIO President John Sweeney and many of the key General Presidents in advance asking for their support of my nomination. Captain Woerth recommended me and President Sweeney nominated me. There were dozens of International Union President attending the meeting, who are not on the Executive Council but want a seat on the Council.

I am proud that our union is one of the leaders of the labor movement. With it comes the responsibility for us to be an integral and public advocate for all of labor. We all owe Duane our thanks for his efforts on the transition.

Work In Progress

So while we have had a busy and positive 5 months, there is still much to be done – as a matter of fact, we have just begun.

From the first day I arrived in Herndon after the election, the ALPA staff has worked tirelessly, day and night, to accomplish your agenda. They have treated me, and all of us for that matter, with respect and dignity, while at the same time, with a quiet voice from the jumpseat, keeping me above the hard deck.

OK, maybe once or twice, I've been down in the dirt, but their dedication to seeing our Union survive and our members thrive are unparalleled. Their job is far from over, however.

While our first 5 months focused on the line pilots and reengaging them with their Union, the next few months will focus on improving our internal structure and running an international union. We will cut back to one roadshow per month, and I plan to redouble my efforts to provide guidance and coordination with my fellow officers, national committees, and staff.

Another huge resource this Association has at its fingertips is our National Committee Chairmen. I'd like to take this opportunity to recognize them for their service:

AFL-CIO
America's Union Movement

SEARCH All of AFL-CIO GO

heart of the
MOVEMENT
Paula Dorsey
Members are
the union

En Español

E-MAIL ALERTS
Sign up for action alerts & news.
Enter e-mail GO

IN THIS SECTION
Mission Statement
Constitution
Officers & Executive Council
Out Front with John Sweeney
Executive Council
Conventions
Publications

GET INFORMED
Jobs, Wages, Global Economy
Freedom to Join a Union
Your Rights@Work
Working Families Vote 2008
Health Care
Retirement Security
Safety & Health at Work
Balancing Work & Family
Education
Civil, Human & Women's Rights
Immigration

WORKING AMERICA
Not a union member?
You can still join us.

ALL ABOUT UNIONS
What's the Union Difference?
How to Join a Union
Find Your Union
State and Local Labor Contacts
Community Partners
New Ways to Join the AFL-CIO
Solidarity Charters
Membership Benefits
Organizing Institute
National Labor College

facts STATS
15.3 percent of people in the United States don't have health insurance.
Find the most up-to-date data available on working family issues.
Search by:
Category
State
SEARCH

Print This E-Mail This

# AFL-CIO Vice President Duane Woerth

Home > About Us > This Is the AFL-CIO > Executive Council

AFL-CIO Vice President Duane Woerth
March 08, 2007
Las Vegas
AFL-CIO Executive Council statement

For three decades, AFL-CIO Vice President Duane Woerth has devoted his career to improving the lives of the members of his union, the Air Line Pilots Association (ALPA), the largest pilots' union in the world. Indeed, he has a long and distinguished career both as a pilot and a union activist. He started out in the U.S. Air Force and retired with the rank of Lieutenant Colonel from the Air National Guard. Currently a B-747 Captain, he has flown at Northwest Airlines for 23 years and before that at Braniff Airlines for five years. In both airlines, he has been an ALPA activist and leader. Capt. Woerth served as the Chairman of the Northwest Master Executive Council, the highest union governing body for the Northwest pilot group. His ALPA sisters and brothers, recognizing his dedication and effectiveness, selected him to be their First Vice President, then Executive Vice President and later President.

His achievements as President of ALPA have been impressive. He organized and merged six pilot groups with a total membership of nearly 12,000, which represented the period of greatest growth in the union's history. Even when ALPA was experiencing a large decline in its dues revenue, he significantly improved the union's financial strength. Under his leadership, ALPA has increased dramatically the political awareness and grassroots involvement of its members. In fact, the participation rate and total contributions to ALPA-PAC, the union's political arm, have doubled. And despite an often powerful right-wing opposition, ALPA's influence as the voice of pilots has steadily grown in Washington, D.C.

As a Vice President of the AFL-CIO and member of its Executive Council, Capt. Woerth has won respect throughout the union movement as a member of the Federation's Executive Committee, Vice Chair of the Strategic Approaches Committee and Chair of the Subcommittee on Independent Union Raids. He has been an extraordinary voice on behalf of reform of corporate bankruptcy laws, national security and transportation issues.

On behalf of the women and men of the unions of the AFL-CIO, the Executive Council expresses its gratitude and appreciation to Capt. Duane Woerth for his service and devotion to the members of ALPA and to the union movement.

Search
Text search within Executive Council.
Keywords GO
Read Past Statements
Year 2007 GO

Carswell v. ALPA et al.
CA No. 1:07-cv-00651
Carswell Affidavit to Opp. to AFL-CIO Motion to Dismiss
**Exhibit J**

AFL-CIO/NEA LABOR SOLIDARITY PARTNERSHIP
EVERYDAY SAVINGS FOR UNION MEMBERS Union Plus > Click Here
WORK HARD PLAY HARD The Union Sportsmen's Alliance
COMMUNITY SERVICES NETWORK Find out more
NLC NATIONAL LABOR COLLEGE GO

Copyright © 2007 AFL-CIO | American Federation of Labor - Congress of Industrial Organizations

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GENE H. CARSWELL, et al.                          :
 individually and on behalf of all others         :
 similarly situated,                              :
                                                  :
          Plaintiff,                              : Civil Action No. 1:07-cv-00651
                                                  :
AIR LINE PILOTS ASSOCIATION,                      : Judge Reggie B. Walton
   INTERNATIONAL, et al.                          :
                                                  :
          Defendants.                             :

ORDER DENYING MOTIONS FOR SANCTIONS

This matter, having come before the Court on the motions of the Defendant, the

American Federation of Labor and Congress of Industrial Organizations ("AFL-CIO"),

for sanctions against the Plaintiff, Gene H. Carswell and/or his attorneys, and it appearing

to the Court that sanctions are not appropriate, it is this ____ day of _____,

2007,

ORDERED, that the motions for sanctions are DENIED.

So Ordered.

_____
Reggie B. Walton, Judge
United States District Court for
 the District of Columbia

Copies to all counsel