**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GENE H. CARSWELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, US AIRWAYS GROUP, INC.; and AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>    Defendants. | Case No. 1:07-CV-00651 (RBW) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME BY
DEFENDANT AMERICAN FEDERATION OF LABOR AND CONGRESS OF
INDUSTRIAL ORGANIZATIONS
TO FILE ITS REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTIONS FOR SANCTIONS
AND TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S
<u>MOTION TO DISMISS</u>**

Defendant American Federal of Labor and Congress of Industrial Organizations ("AFL-CIO"), by and through its undersigned counsel, respectfully requests an 11-day extension of time up to and including Tuesday, September 25, 2007, within which to file a reply brief to Plaintiff Gene H. Carswell's Memorandum in Opposition to the Motions for Sanctions Filed by the AFL-CIO and Memorandum in Opposition to the Motion to Dismiss Filed by the AFL-CIO, which were filed August 30 and 31, 2007, respectively. The grounds for this Motion are as follows:

1. Pursuant to the Court's August 8 Order, the AFL-CIO's reply briefs are due on September 14, 2007.

2. Mr. Carswell previously filed a motion for an extension of time to file his responses to the AFL-CIO's motions on August 6, 2007.  At the time, counsel for the AFL-CIO consented and advised counsel for Mr. Carswell that, in light of the professional commitments made by the attorneys for the AFL-CIO and other aspects of their schedules, there was a high probability that a motion by the AFL-CIO for an extension of time might be necessary in the event Mr. Carswell's motion were granted.  One of those other aspects is that the Jewish High Holidays fall on September 12-14 and September 21-22.  Counsel for Mr. Carswell advised counsel for the AFL-CIO that Mr. Carswell would not oppose a motion by the AFL-CIO in the event that Mr. Carswell's motion was granted.  The Court, of course, did grant Mr. Carswell's motion.  Accordingly, Mr. Carswell does not oppose this motion.

**WHEREFORE**, for the aforementioned reasons, Defendant American Federation of Labor and Congress of Industrial Organizations respectfully requests an extension of time up to and including Tuesday, September 25, within which to file its reply brief to Plaintiff Gene H. Carswell's Memorandum in Opposition to the Motions for Sanctions Filed by the AFL-CIO and Memorandum in Opposition to the Motion to Dismiss.

                                                  Respectfully Submitted,

Dated: September 6, 2007                  /s/Joshua B. Shiffrin_____
                                                  Leon Dayan (D.C. Bar No. 444144)
                                                  Joshua B. Shiffrin (D.C. Bar No. 501008)
                                                  BREDHOFF & KAISER P.L.L.C.
                                                  805 Fifteenth Street NW
                                                  Suite 1000
                                                  Washington, DC 20008
                                                  (202)842-2600
                                                  Counsel for Defendant AFL-CIO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, US AIRWAYS GROUP, INC.; and AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>    Defendants. | Case No. 1:07-CV-00651 (RBW) |

## **ORDER**

Having considered the Second Unopposed Motion For Extension Of Time By Defendant American Federation Of Labor And Congress Of Industrial Organizations To File Its Reply To Plaintiff's Memorandum In Opposition To Defendant's Motions For Sanctions And To Plaintiff's Memorandum In Opposition To Defendant's Motion To Dismiss, which was filed on September 6, 2007, it is

**ORDERED** that the AFL-CIO's Motion for Extension of Time is granted. Accordingly, the AFL-CIO has until and including Tuesday, September 25, 2007, within which to file its reply brief.

_____
Hon. Reggie B. Walton
United States District Court Judge