UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL; US AIRWAYS GROUP, INC.; AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS,<br><br>    Defendants. | Case: 1:07-CV-00651(RBW) |

### NOTICE OF SUPPLEMENTAL AUTHORITY

Comes now, Defendant U.S. Airways Group, Inc., by counsel, and hereby notifies the Court of the following additional authority in support of its pending Motion to Dismiss.

A law enacted on December 13, 2007, a copy of which is attached to this Notice, raises the retirement age for pilots to age 65. Fair Treatment for Experienced Pilots Act, Pub. L. No. 110-135, sec. 2(a), 121 Stat. 1450. The Act is not retroactive and specifically protects airlines from liability arising from actions taken in conformance with the Age 60 Rule in effect at the time of Plaintiff's retirement. The Act, in pertinent part, reads as follows:

(e) APPLICABILITY.-

(1) NONRETROACTIVITY.- No person who has attained 60 years of age before the date of enactment of this section may serve as a pilot for an air carrier engaged in covered operations unless –
(A) such person is in the employment of that air carrier in such operations on such date of enactment as a required flight deck crew member; or
(B) such person is newly hired by an air carrier as a pilot on or after such date of enactment without credit for prior seniority or prior

longevity for benefits or other terms related to length of service prior to the date of rehire under any labor agreement or employment policies of the air carrier.

(2)    PROTECTION FOR COMPLIANCE.- An action taken in conformance with this section, taken in conformance with a regulation issued to carry out this section, or taken prior to the date of enactment of this section in conformance with section 121.383(c) of title 14, Code of Federal Regulations (as in effect before such date of enactment), may not serve as a basis for liability or relief in a proceeding, brought under any employment law or regulation, before any court or agency of the United States or of any State or locality.

Accordingly, the instant motion must be dismissed as Congress has barred all actions, such as this, which are based on a carrier's compliance with the former Age 60 Rule.

Respectfully submitted,

DOMBROFF GILMORE JAQUES & FRENCH, PC

By: /s/ Mark A. Dombroff
　　　Thomas B. Almy (#371235)
　　　Mark A. Dombroff  (#23218)
　　　Mark E. McKinnon (#463451)
　　　1676 International Dr., PH
　　　McLean, VA  22102
　　　Tel. (703) 336-8715
　　　Fax (703) 336-8750

Attorneys for Defendant US Airways Group,  Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2008, US Airways Group, Inc.'s Notice of Supplemental Authority was served on the persons identified below by the delivery method indicated:

Clerk's Office
United States District Court for the District of Columbia
By Electronic Document Filing System

Rosemary Dettling, Esq.
3120 Brandywine St., NW
Washington, DC 20008
By Electronic Document Filing System

Joanne Dekker Donohue
16848 Hamilton Station Road
Hamilton, VA  20158
By Electronic Document Filing System

David Semanchick
Air Line Pilots Association, International
535 Herndon Parkway
Herndon, VA 20170
By Electronic Document Filing System

Leon Dayan
BREDHOFF & KAISER
805 Fifteenth St., N.W.
Washington, D.C. 20005
By Electronic Document Filing System

/s/ Mark A Dombroff
Mark A. Dombroff

110TH CONGRESS
1ST SESSION

# H. R. 4343

_____

# AN ACT

To amend title 49, United States Code, to modify age stand-
ards for pilots engaged in commercial aviation oper-
ations.

1       *Be it enacted by the Senate and House of Representa-*
2  *tives of the United States of America in Congress assembled,*

2

1 **SECTION 1. SHORT TITLE.**

2     This Act may be cited as the "Fair Treatment for

3 Experienced Pilots Act".

4 **SEC. 2. AGE STANDARDS FOR PILOTS.**

5     (a) IN GENERAL.—Chapter 447 of title 49, United

6 States Code, is amended by adding at the end the fol-

7 lowing:

8 **"§ 44729. Age standards for pilots**

9     "(a) IN GENERAL.—Subject to the limitation in sub-

10 section (c), a pilot may serve in multicrew covered oper-

11 ations until attaining 65 years of age.

12     "(b) COVERED OPERATIONS DEFINED.—In this sec-

13 tion, the term 'covered operations' means operations under

14 part 121 of title 14, Code of Federal Regulations.

15     "(c) LIMITATION FOR INTERNATIONAL FLIGHTS.—

16         "(1) APPLICABILITY OF ICAO STANDARD.—A

17     pilot who has attained 60 years of age may serve as

18     pilot-in-command in covered operations between the

19     United States and another country only if there is

20     another pilot in the flight deck crew who has not yet

21     attained 60 years of age.

22         "(2) SUNSET OF LIMITATION.—Paragraph (1)

23     shall cease to be effective on such date as the Con-

24     vention on International Civil Aviation provides that

25     a pilot who has attained 60 years of age may serve

26     as pilot-in-command in international commercial op-

3

1    erations without regard to whether there is another

2    pilot in the flight deck crew who has not attained

3    age 60.

4    "(d) SUNSET OF AGE 60 RETIREMENT RULE.—On

5    and after the date of enactment of this section, section

6    121.383(c) of title 14, Code of Federal Regulations, shall

7    cease to be effective.

8    "(e) APPLICABILITY.—

9        "(1) NONRETROACTIVITY.—No person who has

10       attained 60 years of age before the date of enact-

11       ment of this section may serve as a pilot for an air

12       carrier engaged in covered operations unless—

13           "(A) such person is in the employment of

14           that air carrier in such operations on such date

15           of enactment as a required flight deck crew

16           member; or

17           "(B) such person is newly hired by an air

18           carrier as a pilot on or after such date of enact-

19           ment without credit for prior seniority or prior

20           longevity for benefits or other terms related to

21           length of service prior to the date of rehire

22           under any labor agreement or employment poli-

23           cies of the air carrier.

24       "(2) PROTECTION FOR COMPLIANCE.—An ac-

25       tion taken in conformance with this section, taken in

4

1       conformance with a regulation issued to carry out

2       this section, or taken prior to the date of enactment

3       of this section in conformance with section

4       121.383(c) of title 14, Code of Federal Regulations

5       (as in effect before such date of enactment), may

6       not serve as a basis for liability or relief in a pro-

7       ceeding, brought under any employment law or regu-

8       lation, before any court or agency of the United

9       States or of any State or locality.

10      "(f) AMENDMENTS TO LABOR AGREEMENTS AND

11  BENEFIT PLANS.—Any amendment to a labor agreement

12  or benefit plan of an air carrier that is required to conform

13  with the requirements of this section or a regulation issued

14  to carry out this section, and is applicable to pilots rep-

15  resented for collective bargaining, shall be made by agree-

16  ment of the air carrier and the designated bargaining rep-

17  resentative of the pilots of the air carrier.

18      "(g) MEDICAL STANDARDS AND RECORDS.—

19          "(1) MEDICAL EXAMINATIONS AND STAND-

20       ARDS.—Except as provided by paragraph (2), a per-

21       son serving as a pilot for an air carrier engaged in

22       covered operations shall not be subject to different

23       medical standards, or different, greater, or more fre-

24       quent medical examinations, on account of age un-

25       less the Secretary determines (based on data re-

5

1       ceived or studies published after the date of enact-

2       ment of this section) that different medical stand-

3       ards, or different, greater, or more frequent medical

4       examinations, are needed to ensure an adequate level

5       of safety in flight.

6            "(2) DURATION OF FIRST-CLASS MEDICAL CER-

7       TIFICATE.—No person who has attained 60 years of

8       age may serve as a pilot of an air carrier engaged

9       in covered operations unless the person has a first-

10      class medical certificate. Such a certificate shall ex-

11      pire on the last day of the 6-month period following

12      the date of examination shown on the certificate.

13      "(h) SAFETY.—

14           "(1) TRAINING.—Each air carrier engaged in

15      covered operations shall continue to use pilot train-

16      ing and qualification programs approved by the Fed-

17      eral Aviation Administration, with specific emphasis

18      on initial and recurrent training and qualification of

19      pilots who have attained 60 years of age, to ensure

20      continued acceptable levels of pilot skill and judg-

21      ment.

22           "(2) LINE EVALUATIONS.—Not later than 6

23      months after the date of enactment of this section,

24      and every 6 months thereafter, an air carrier en-

25      gaged in covered operations shall evaluate the per-

6

1   formance of each pilot of the air carrier who has at-
2   tained 60 years of age through a line check of such
3   pilot. Notwithstanding the preceding sentence, an air
4   carrier shall not be required to conduct for a 6-
5   month period a line check under this paragraph of
6   a pilot serving as second-in-command if the pilot has
7   undergone a regularly scheduled simulator evalua-
8   tion during that period.
9       "(3) GAO REPORT.—Not later than 24 months
10  after the date of enactment of this section, the
11  Comptroller General shall submit to the Committee
12  on Transportation and Infrastructure of the House
13  of Representatives and the Committee on Commerce,
14  Science, and Transportation of the Senate a report
15  concerning the effect, if any, on aviation safety of
16  the modification to pilot age standards made by sub-
17  section (a).".

7

1    (b) CLERICAL AMENDMENT.—The analysis for chap-

2  ter 447 of title 49, United States Code, is amended by

3  adding at the end the following:

"44729. Age standards for pilots.".

Passed the House of Representatives December 11,
2007.

Attest:

*Clerk.*

110TH CONGRESS
1ST SESSION

# H.R. 4343

# AN ACT

To amend title 49, United States Code, to modify age standards for pilots engaged in commercial aviation operations.



# CONGRESSIONAL BUDGET OFFICE
## COST ESTIMATE

December 21, 2007

---

# H.R. 4343

## Fair Treatment for Experienced Pilots Act

*As cleared by the Congress on December 12, 2007,*
*and signed by the President on December 13, 2007*

---

## SUMMARY

H.R. 4343 (enacted as Public Law 110-135) raises the mandatory retirement age for commercial pilots from 60 to 65, to be effective no later than 30 days after enactment. That change allows pilots to continue flying for up to five additional years, which in some cases will delay the date of their retirement and enable them to accrue higher pension benefits or receive higher guaranteed pension insurance payments from the Pension Benefit Guaranty Corporation (PBGC).

CBO estimates that the change will reduce direct spending by $9 million in 2008 and $56 million over the 2008-2017 period.

## ESTIMATED COST TO THE FEDERAL GOVERNMENT

The estimated budgetary impact of H.R. 4343 is shown in the following table. The costs of this legislation fall within budget function 600 (income security).

| | By Fiscal Year, in Millions of Dollars | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2008-2012 | 2008-2017 |
| Estimated Budget Authority | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Estimated Outlays | -9 | -17 | -14 | -9 | -8 | -3 | 1 | 1 | 1 | 1 | -57 | -56 |

**BASIS OF ESTIMATE**

Under regulations issued in 1959, the Federal Aviation Administration (FAA) has required that commercial airline pilots retire from service when they reached age 60. As a result, pilots frequently began to receive their pension benefits at age 60. For pilots participating in pension plans that have been terminated by the PBGC, that age requirement means that many pilots will receive lower benefits. PBGC's maximum guaranteed benefit for participants who retire at age 60 is about 30 percent less than for age 65.

In January 2007, the FAA announced that it was initiating the rulemaking process to raise the mandatory retirement age to 65, which the agency indicated would likely take up to 24 months. Public Law 110-135 raises the mandatory retirement age for pilots to age 65, effective within 30 days after enactment, effectively accelerating the implementation of the planned change in retirement age by about one year.

Based on data provided by the PBGC, CBO anticipates that about 600 pilots participating in terminated pension plans would turn 60 in fiscal year 2008. Under Public Law 110-135, CBO expects that those pilots will continue to fly for up to five more years, and retire at ages similar to other workers under Social Security. (That is, about one-third would begin collecting pension benefits at age 62, about one-half at age 65, and the remainder in-between those ages.) The postponed retirements will reduce PBGC outlays—net of reimbursements from the pension plans—by $9 million in 2008 and $56 million over the 2008-2017 period.

**PREVIOUS CBO ESTIMATE**

On July 17, 2007, CBO transmitted a cost estimate for S. 1300, the Aviation Investment and Modernization Act of 2007, as ordered reported by the Senate Committee on Commerce, Science, and Transportation on May 16, 2007. H.R. 4343 is similar to section 706 of S. 1300, and the estimated savings are identical in the two estimates.

**ESTIMATE PREPARED BY:** Taylor Tarver

**ESTIMATE APPROVED BY:**

Peter H. Fontaine
Assistant Director for Budget Analysis

2