UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, <br><br> Plaintiff, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 07-651 (RBW) |

**ORDER**

In accordance with a memorandum opinion entered this same date, it is

**ORDERED** that US Airways Group, Inc.'s Rule 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint, the Motion to Dismiss Pursuant to [Federal Rule of Civil Procedure] 12([b])(6) of Defendant Air Line Pilots Association, Int'l, and the Defendant American Federation of Labor and Congress of Industrial Organizations' Motion to Dismiss Plaintiff's Amended Complaint are **GRANTED**. It is further

**ORDERED** that the plaintiff's first amended complaint is **DISMISSED** in its entirety.

**SO ORDERED** this 4th day of March, 2008.

REGGIE B. WALTON
United States District Judge