UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENE H. CARSWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-651 (RBW) |
| | ) |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In accordance with a memorandum opinion entered this same date, it is

**ORDERED** that the Defendant American Federation of Labor and Congress of Industrial Organizations' Motion for Sanctions Pursuant to [Federal Rule of Civil Procedure] 11 and the Defendant American Federation of Labor and Congress of Industrial Organizations' Second Motion for Sanctions Pursuant to [Federal Rule of Civil Procedure] 11 are **GRANTED**. It is further

**ORDERED** that the plaintiff and his counsel shall each pay $250 to the registry of this Court on or before April 4, 2008, as a sanction for their joint violations of Federal Rule of Civil Procedure 11. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 5th day of March, 2008.

                                                REGGIE B. WALTON
                                                United States District Judge